Law Offices of
Joseph W. Sheehan
PO Box 70906
Fairbanks Alaska, 99707
Counsel for Plaintiff
(907)456-6090
(907)451-6070 (facsimile)
sheehanlaw@mosquitonet.com

**UNITED STATES COURT FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| KALEN & ASSOCIATES, Inc., d/b/a CHENA SURVEYS, INC.<br><br>Plaintiff<br><br>v.<br><br>STRAND HUNT CONSTRUCTION, CO.<br>ST. PAUL TRAVELERS<br><br>Defendant | )<br>)<br>)<br>)<br>)COMPLAINT<br>)CIVIL ACTION NO. 06-_____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

COMES NOW, Plaintiff, Kalen & Associates, Inc., d/b/a Chena Surveys, Inc., by and through its attorney, Joseph W. Sheehan, and for its complaint avers and alleges as follows:

1.  Plaintiff Kalen & Associates, Inc., d/b/a Chena Surveys, Inc., is an Alaska corporation which has paid its biennial corporation tax last due and has filed its biennial report for the last reporting period. Certificates of Good Standing are attached and Exh. 1.

2.  Defendant Strand Hunt Construction Co. is the general contractor for the design/construction of the Joint Security

Force Complex located at Eielson AFB, Alaska. The contract is designated as:

USACE Alaska Dist. — CEPOA-CO-NA-Contract #W911KP-04-C-0008

3. Defendant St. Paul Travelers provided the payment bond for the above referenced project, a copy of which is attached as Exh. 2.

4. Plaintiff Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. contracted with Defendant Strand Hunt Construction Co. to provided labor and material on the above referenced project.

5. The contract which is the subject of this litigation was performed and executed in the Fourth Judicial District, State of Alaska.

6. This suit is being filed within one year after the last day of which Plaintiff Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. provided labor and/or material to the referenced contract.

### Count I

7. Plaintiff Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. adopts by reference the preceding allegations set forth in this Complaint.

8. Defendant Strand Hunt Construction Co. has failed and refuses to pay Plaintiff Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. for labor and services provided in conjunction

with CEPOA-CO-NA-Contract #W911KP-04-C-0008.

9. Defendant Strand Hunt Construction Co. presently owes Plaintiff Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. fifty two thousand eight hundred seventy seven dollars ($52,877), plus interest. These monies have been due for more than ninety (90) days since the last of the labor or materials were provided.

10. As a direct and proximate result of Defendant Strand Hunt Construction Co.'s refusal to pay, Defendant Strand Hunt Construction Co. has breached its contract agreement with Plaintiff Kalen & Associates, Inc., d/b/a Chena Surveys, Inc..

### Count II

11. Plaintiff Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. adopts by reference the preceding allegations set forth in this Complaint.

12. Defendant St. Paul Travelers is liable for the monies owed to Plaintiff Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. referenced in Count I because of the payment bond provided in conjunction with CEPOA-CO-NA-Contract #W911KP-04-C-0008 and 40 USC 3133.

WHEREFORE, Plaintiff Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. prays that judgment be entered in its favor, and against Defendants Strand Hunt Construction Co. and St. Paul

Travelers in an amount which shall be proven at trial, together with an award of prejudgment interest, costs, attorneys fees, and such further and additional relief as the court may be deemed to be just and equitable under the circumstances.

DATED this 19th day of July, 2006.

                                   _____
                                   Joseph W. Sheehan, ABA No. 7004024
                                   Counsel for Plaintiff
                                   Kalen & Associates, Inc.