Law Offices of
Joseph W. Sheehan
PO Box 70906
Fairbanks Alaska, 99707
Counsel for Plaintiff
(907)456-6090
(907)451-6070 (facsimile)
sheehanlaw@mosquitonet.com

## UNITED STATES COURT FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KALEN & ASSOCIATES, INC., d/b/a CHENA RIVER SURVEYS, INC.<br><br>     Plaintiff<br><br>  vs.<br><br>STRAND HUNT CONSTRUCTION, CO. and, ST. PAUL TRAVELERS<br>     Defendant | SUMMONS<br>CIVIL ACTION NO. <u>4:06-cv-21</u> |

To the above-named Defendants:

You are hereby summoned and required to serve upon JOSEPH W. SHEEHAN, Plaintiffs' attorney, whose address is: P.O. BOX 70906, FAIRBANKS, ALASKA, 99707, an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in this complaint.

        Seal                    _____
                                        Clerk of Court

Date:_____

SUMMONS
Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. v Strand Hunt Construction and St. Paul Travelers
Case No. <u>4:06-cv-21</u>                                                  Page 1