Alaska Entity # 9528D

# State of Alaska
## Department of Commerce, Community, and Economic Development

# CERTIFICATE OF GOOD STANDING

THE UNDERSIGNED, as Commissioner of Commerce, Community, and Economic Development of the State of Alaska, and custodian of corporation records for said state, hereby certifies that

**KALEN & ASSOCIATES, INC.**

on the 26th day of June, 1970 filed in this office its Articles of Incorporation, as a Business Corporation organized under the laws of this state.

I FURTHER CERTIFY that said Business Corporation is in good standing, having fully complied with all the requirements of this office.

No information is available in this office on the financial condition, business activity or practices of this corporation.

IN TESTIMONY WHEREOF, I execute this certificate and affix the Great Seal of the State of Alaska on the 19th day of July, 2006.

William C. Noll
Commissioner



Certification Number: 131705-1
Verify this certificate online at https://myalaska.state.ak.us/business/soskb/verify.asp

Alaska Entity # 58356D

# State of Alaska
## Department of Commerce, Community, and Economic Development

# CERTIFICATE
# OF
# GOOD STANDING

THE UNDERSIGNED, as Commissioner of Commerce, Community, and Economic Development of the State of Alaska, and custodian of corporation records for said state, hereby certifies that

**CHENA SURVEYS, INCORPORATED.**

on the 16th day of May, 1996 filed in this office its Articles of Incorporation, as a Business Corporation organized under the laws of this state.

I FURTHER CERTIFY that said Business Corporation is in good standing, having fully complied with all the requirements of this office.

No information is available in this office on the financial condition, business activity or practices of this corporation.

IN TESTIMONY WHEREOF, I execute this certificate and affix the Great Seal of the State of Alaska on the 19th day of July, 2006.



William C. Noll
Commissioner

Certification Number: 131719-1
Verify this certificate online at https://myalaska.state.ak.us/business/soskb/verify.asp

Exh. 1, p. 2 of 2