Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendants,
Strand Hunt Construction, Inc. and
St. Paul Fire and Marine Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of KALEN & ASSOCIATES, INC., d/b/a CHENA SURVEYS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>STRAND HUNT CONSTRUCTION, INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br><br>Defendants. | 4:06-cv-00021-RRB |

## ENTRY OF APPEARANCE

COMES NOW Hughes Bauman Pfiffner Gorski & Seedorf, LLC and enters its appearance as attorneys of record on behalf of defendants, Strand Hunt Construction, Inc.

Entry of Appearance
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-RRB
(1187-3032/251758)

and St. Paul Fire and Marine Insurance Company, and service may be had on both by delivering mailings or pleadings to said attorneys at 3900 C Street, Suite 1001, Anchorage, Alaska 99503.

DATED at Anchorage, Alaska, this 26th day of September, 2006.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Defendants Strand Hunt
Construction, Inc. and St. Paul Fire and
Marine Insurance Company

By: s/Frank A. Pfiffner
Frank A. Pfiffner
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Certificate of Service

I hereby certify that on September 26, 2006, a copy of the Entry of Appearance was served electronically on:

Joseph W. Sheehan
P.O. Box 70906
Fairbanks, AK 99707

s/Frank A. Pfiffner

Entry of Appearance
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-RRB
(1187-3032/251758)