**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>KALEN and ASSOCIATES, ex rel</u>   v.   <u>STRAND HUNT CONSTRUCTION, et al</u>

THE HONORABLE RALPH R. BEISTLINE

Deputy Clerk                                              CASE NO.  <u>4:06-cv-00021-RRB</u>

 <u>CAROLYN BOLLMAN</u> 

<u>PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**   DATE: September 27, 2006</u>

      Judge Ralph R. Beistline hereby recuses himself from the above-referenced case.  Pursuant to the system of random case assignments, this action is reassigned to Judge John W. Sedwick for all further proceedings.  Please use the following case number on all future filings: 4:06-cv-00021-JWS.

[]{IQ2.WPD*Rev.12/96}