Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendants,
Strand Hunt Construction, Inc. and
St. Paul Fire and Marine Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of KALEN & ASSOCIATES, INC., d/b/a CHENA SURVEYS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>STRAND HUNT CONSTRUCTION, INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br><br>Defendants. | 4:06-cv-00021-JWS |

**DEMAND FOR JURY TRIAL**

Demand for Jury Trial
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(9072-1/252578)                    Page 1 of 2

COMES NOW Defendants, Strand Hunt Construction, Inc. and St. Paul Fire and Marine Insurance Company, by and through their attorneys, Hughes Bauman Pfiffner Gorski & Seedorf, LLC, and hereby demand a jury trial of all issues so triable.

DATED at Anchorage, Alaska, this 19th day of October, 2006.

> HUGHES BAUMAN PFIFFNER
> GORSKI & SEEDORF, LLC
> Attorneys for Defendants Strand Hunt
> Construction, Inc. and St. Paul Fire and
> Marine Insurance Company
>
> By:   s/Frank A. Pfiffner
> Frank A. Pfiffner
> 3900 C Street, Suite 1001
> Anchorage, Alaska  99503
> Telephone:  (907) 274-7522
> Facsimile:  (907) 263-8320
> FAP@hbplaw.net
> ABA No. 7505032

Certificate of Service

I hereby certify that on October 19, 2006, a copy of the Answer to Amended Complaint and Counterclaim was served electronically on:

Joseph W. Sheehan
P.O. Box 70906
Fairbanks, AK  99707

s/Frank A. Pfiffner