Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendants,
Strand Hunt Construction, Inc. and
St. Paul Fire and Marine Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of KALEN & ASSOCIATES, INC., d/b/a CHENA SURVEYS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>STRAND HUNT CONSTRUCTION, INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br><br>Defendants. | 4:06-cv-00021-JWS |

**FRCP 7.1 DISCLOSURE STATEMENT**

*Kalen & Associates, Inc. v. Strand Hunt Construction, Inc. and St. Paul Fire and Marine Insurance Company*
Case No.: 4:06-cv-00021 JWS
FRCP 7.1 Disclosure Statement
(1187-3023/252706)

Page 1 of 2

Pursuant to Federal Rule of Civil Procedure 7.1 defendant St. Paul Fire and Marine Insurance Company hereby states that it is a wholly owned subsidiary of The St. Paul Travelers Companies, Inc., a corporation whose stock is traded on the NYSE.

DATED at Anchorage, Alaska, this 7th day of November, 2006.

>HUGHES BAUMAN PFIFFNER
>GORSKI & SEEDORF, LLC
>Attorneys for Defendant
>St. Paul Fire and Marine Insurance
>Company
>
>By:   s/Frank A. Pfiffner
>      Frank A. Pfiffner
>      3900 C Street, Suite 1001
>      Anchorage, Alaska  99503
>      Telephone:  (907) 274-7522
>      Facsimile:  (907) 263-8320
>      FAP@hbplaw.net
>      ABA No. 7505032

<u>Certificate of Service</u>

I hereby certify that on November 7, 2006, a copy of the FRCP 7.1 Disclosure Statement was served electronically on:

Joseph W. Sheehan
P.O. Box 70906
Fairbanks, AK  99707


s/Frank A. Pfiffner


*Kalen & Associates, Inc. v. Strand Hunt Construction, Inc. and  St. Paul Fire and Marine Insurance Company*
Case No.: 4:06-cv-00021 JWS
FRCP 7.1 Disclosure Statement
(1187-3023/252706)