Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendants,
Strand Hunt Construction, Inc. and
St. Paul Fire and Marine Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of KALEN & ASSOCIATES, INC., d/b/a CHENA SURVEYS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>STRAND HUNT CONSTRUCTION, INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br><br>Defendants. | 4:06-cv-00021-JWS |

Scheduling and Planning Conference Report
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JSW
(1187-3032/253303)

Page 1 of 7

## SCHEDULING AND PLANNING CONFERENCE REPORT

1.  **Meeting**.  In accordance with F.R.Civ.P.26(f), a meeting was held on November 13, 2006, and was attended by:

Frank A. Pfiffner, attorney for Strand Hunt Construction, Inc. and St. Paul Fire and Marine Insurance Company;

Joseph W. Sheehan, attorney for Kalen & Associates, Inc. d/b/a Chena Surveys, Inc.

The parties recommend the following:

2.  **Pre-Discovery Disclosures**.  The information required by F.R.Civ.P. 26(a)(1):

   ___   have been exchanged by the parties

   _X_   will be exchanged by the parties by December 31, 2006

   Proposed changes to the disclosure requirements:

   Preliminary witness lists

   ___   have been exchanged by the parties

   _X_   will be exchanged by the parties by January 12, 2007

3.  **Contested Issues of Fact and Law**.  Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

   Liability and damages on claim and counterclaim.

Scheduling and Planning Conference Report
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JSW
(1187-3032/253303)

4.  **Discovery Plan**. the parties jointly proposed to the court the following discovery plan.

    A.    Discovery will be needed on the following issues:

          Factual bases of claims and counterclaims and defenses.

    B.    All discovery commenced in time to be completed by October 26, 2007.

    C.    Limitations on Discovery.

        1.    Interrogatories

            X    No change from F.R.Civ.P. 33(a)

            ___    Maximum of ___ by each party to any other party.

            Responses due in ___ days.

        2.    Requests for Admissions.

            X    No change from F.R.Civ.P. 36(a).

            ___    Maximum of ___ requests.

            Responses due in ___ days.

        3.    Depositions

            X    No change from F.R.Civ.P. 30(a), (d).

            ___    Maximum of ___ depositions by each party.

            Depositions not to exceed ___ hours unless agreed to by all parties.

Scheduling and Planning Conference Report
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JSW
(1187-3032/253303)

        Page 3 of 7

> D. Reports from retained experts.
>
>   _X_   Not later than 90 days before the close of discovery subject to F.R.Civ.P. 26(a)(2)(C).
>
>   ___   Reports due:
>
>   From plaintiff: NLT 90 days    From defendant: NLT 90 days
>
> E. Supplementation of disclosures and discovery responses are to be made:
>
>   ___   Periodically at 60-day intervals from the entry of scheduling and planning order.
>
>   _X_   As new information is acquired, but not later than 60 days before the close of discovery.
>
> F. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:
>
>   _X_   45 days prior to the close of discovery.
>
>   ___   Not later than _____

5. **Pretrial Motions**.

>   _X_   No change from D.Ak.LR 16.1(c)
>
>   The following changes to D.Ak.LR 16.1(c). [Check and complete all that apply]

Scheduling and Planning Conference Report
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JSW
(1187-3032/253303)

Page 4 of 7

  __X__ Motions to amend pleadings or add parties to be filed not later than March 16, 2007. However, the parties may file amended pleadings within the next 30 days without further order of the court.

  ___ Motions under the discovery rules must be filed not later than (insert date).

  ___ Motions in limine and dispositive motions must be filed not later than (insert date).

6. **Other Provisions**:

  A. __X__ The parties do not request a conference with the court before the entry of the scheduling order.

    ___ The parties request a scheduling conference with the court on the following issue(s):

(insert issues on which a conference is requested)

  B. Alternative Dispute Resolution [D.Ak. LR 16.2]

    ___ This matter is not considered a candidate for court-annexed alternative dispute resolution.

    __X__ The parties will file a request for alternative dispute resolution not later than October 5, 2007.

     ___ Mediation  ___ Early Neutral Evaluation

  C. The parties ___ do __X__ not consent to trial before a magistrate judge.

Scheduling and Planning Conference Report
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JSW
(1187-3032/253303)

          Page 5 of 7

    D.    Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

          X    All parties have complied    X Compliance not required by any party.

**7.    Trial.**

    A.    The matter will be ready for trial:

        X    45 days after the discovery close date.

        ___    not later than (insert date).

    B.    This matter is expected to take 5 days to try.

    C.    Jury Demanded    X Yes    ___ No

    Right to jury trial disputed?    ___ Yes    X No

DATED at Anchorage, Alaska, this 27th day of November, 2006.

        HUGHES BAUMAN PFIFFNER
        GORSKI & SEEDORF, LLC
        Attorneys for Defendants Strand Hunt
        Construction, Inc. and St. Paul Fire and
        Marine Insurance Company

    By:    s/Frank A. Pfiffner
        Frank A. Pfiffner
        3900 C Street, Suite 1001
        Anchorage, Alaska 99503
        Telephone: (907) 274-7522
        Facsimile: (907) 263-8320
        FAP@hbplaw.net
        ABA No. 7505032

Scheduling and Planning Conference Report
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JSW
(1187-3032/253303)

Page 6 of 7

DATED at Anchorage, Alaska, this 27th day of November, 2006.

        LAW OFFICES OF JOSEPH W. SHEEHAN
        Attorneys for Plaintiff Kalen & Associates, Inc.


        By:   s/Joseph W. Sheehan  (consent)
              Joseph W. Sheehan
              P.O. Box 70906
              Fairbanks, AK  99707
              Telephone:  (907) 456-6090
              Facsimile:  (907) 451-6070
              sheehanlaw@mosquitonet.com
              ABA No. 7004024


### Certificate of Service

I hereby certify that on November 27, 2006, a copy of the Scheduling and Planning Conference Report was served electronically on:

Joseph W. Sheehan
P.O. Box 70906
Fairbanks, AK  99707


s/Frank A. Pfiffner

Scheduling and Planning Conference Report
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JSW
(1187-3032/253303)