Law Offices of
Joseph W. Sheehan
PO Box 70906
Fairbanks Alaska, 99707
Counsel for Plaintiff
(907)456-6090
(907)451-6070 (facsimile)
sheehanlaw@mosquitonet.com

**UNITED STATES COURT FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| KALEN & ASSOCIATES, INC., d/b/a CHENA RIVER SURVEYS, INC.<br><br>Plaintiff<br><br>vs.<br><br>STRAND HUNT CONSTRUCTION, CO. and, ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 4:06-cv-21<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ANSWER TO STRAND HUNT CONSTRUCTION CO.'S COUNTERCLAIM**

COMES NOW, Plaintiffs Kalen & Associates, Inc., d/b/a Chena River Surveys, Inc. (KAI) by and through its attorney, Joseph W. Sheehan, and for its answer to Defendant Strand Hunt Construction Co.'s (SHC) Counterclaim and avers and alleges as follows:

1. KAI is without sufficient information to admit or deny those allegations set forth in SHC's counterclaim, paragraph 1,

therefore denies same.

2. KAI admits that it is a corporation incorporated in the State of Alaska, with its principle place of business at Fairbanks, Alaska. Except as specifically admitted herein, KAI denies those allegations set forth in SHC counterclaim, paragraph 2.

3. KAI is without sufficient information to admit or deny those allegations set forth in SHC's counterclaim, paragraph 3, therefore denies same.

4. KAI is without sufficient information to admit or deny those allegations set forth in SHC's counterclaim, paragraph 4, therefore denies same.

5. KAI is without sufficient information to admit or deny those allegations set forth in SHC's counterclaim, paragraph 5, therefore denies same.

6. KAI is without sufficient information to admit or deny those allegations set forth in SHC's counterclaim, paragraph 6, therefore denies same.

7. KAI admits that SHC was the General Contractor for the Government on the Eielson CHPP Baghouse Project, Eielson AFB, Contract No. DACA85-03-0007 ("the Baghouse Project"). Except as specifically admitted herein, KAI is without sufficient information to admit or deny those allegations set forth SHC's

counterclaim, paragraph 7, therefore denies same.

8. KAI admits that it entered into a subcontract with SHC to provide surveying services to SHC on the Baghouse Project. Except as specifically admitted herein, KAI denies SHC's counterclaim, paragraph 8.

9. KAI admits SHC's counterclaim paragraph 9.

10. KAI denies those allegations set forth in SHC's counterclaim, paragraph 10.

11. KAI is without sufficient information to admit or deny those allegations set forth in SHC's counterclaim, paragraph 11, therefore denies same.

12. KAI denies those allegations set forth in SHC's counterclaim, paragraph 12.

13. KAI denies those allegations set forth in SHC's counterclaim, paragraph 13.

14. KAI denies those allegations set forth in SHC's counterclaim, paragraph 14.

### AFFIRMATIVE DEFENSES

1. SHC's counterclaim fails to state a cause of action upon which relief can be granted;

2. SHC's counterclaim is barred by the statute of limitations;

3. SHC's counterclaim is barred by the doctrine of estoppel;

4.  SHC's counterclaim is barred because of SHC's contributory negligence;

5.  SHC's counterclaim is barred by the doctrine of waiver.

WHEREFORE, KAI prays that SHC take nothing by its counterclaim, and that judgment be entered in favor of KAI and against SHC, together with an award of costs, attorney's fees, interest, and such further additional relief as the court may deem to be just and equitable under the circumstances.

DATED this 25th day of November, 2006.

s/Joseph W. Sheehan
P.O. Box 70906
Fairbanks Alaska 99707
(907) 456-6090
(907) 451-6070
sheehanlaw@mosquitonet.com
ABA No. 7004024