

# HUGHES BAUMAN PFIFFNER
## GORSKI & SEEDORF, LLC
### ATTORNEYS AT LAW

Direct Dial:
**(907) 263-8241**
E-mail: **FAP@hbplaw.net**

November 13, 2006

<u>VIA FACSIMILE (907) 451-6070</u>
Joseph W. Sheehan
Law Offices of Joseph W. Sheehan
P.O. Box 70906
Fairbanks, AK  99707

Re:   *Joint Security Forces Complex, Eielson AFB*
      *Kalen & Associates, Inc. d/b/a Chena Surveys, Inc.*
      Our File No. 1187-3023

Dear Joe:

Attached hereto is a proposed scheduling and planning conference report. Technically, I think we should have met on Friday, November 10. I think the report is due on November 17, 2006. Please let me know if you have any comments or proposed changes to the proposed report.

I should comment on one section. I have proposed that amended pleadings can be filed with the court within the next 30 days without further order of the court. The reason for that proposal is that Strand Hunt and St. Paul intend to file an amended answer and counterclaim. The basis for the amended answer and counterclaim is a claim that Strand Hunt has against Plaintiff on the Joint Security Forces Complex project. Enclosed is a copy of the amended pleading that will be filed based on client information that I obtained subsequent to the filing of the original answer and counterclaim.

I will be available periodically today so it would be best that we talk today about the proposed report. I am in depositions most of the rest of the week. If the proposed report as I have drafted it is acceptable to you, I don't think that we need

Joseph W. Sheehan
November 13, 2006
Page 2

**HUGHES BAUMAN PFIFFNER**
**GORSKI & SEEDORF, LLC**
ATTORNEYS AT LAW

---

to meet any more than we have already done by virtue of this correspondence. I can file the proposed report. Let me know what you would like to do.

Very truly yours,

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC

By *(signature)*
Frank A. Pfiffner

FAP:cah/253378
Enclosures
cc:   Rollie Hunt

Ex. B, p. 2 of 2