Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendants,
Strand Hunt Construction, Inc. and
St. Paul Fire and Marine Insurance Company

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of KALEN & ASSOCIATES, INC., d/b/a CHENA SURVEYS, INC.<br><br>   Plaintiff,<br><br>vs.<br><br>STRAND HUNT CONSTRUCTION, INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br><br>   Defendants. | <br><br><br><br><br><br><br><br>4:06-cv-00021-JWS |

Scheduling and Planning Conference Report
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JSW
(1187-3032/253303)

## SCHEDULING AND PLANNING CONFERENCE REPORT

1.    **Meeting**.    In accordance with F.R.Civ.P.26(f), a meeting was held on November 13, 2006, and was attended by:

Frank A. Pfiffner, attorney for Strand Hunt Construction, Inc. and St. Paul Fire and Marine Insurance Company;

Joseph W. Sheehan, attorney for Kalen & Associates, Inc. d/b/a Chena Surveys, Inc.

The parties recommend the following:

2.    **Pre-Discovery Disclosures**.    The information required by F.R.Civ.P. 26(a)(1):

_____    have been exchanged by the parties

_X_    will be exchanged by the parties by December 31, 2006

Proposed changes to the disclosure requirements:

Preliminary witness lists

_____    have been exchanged by the parties

_X_    will be exchanged by the parties by January 12, 2007

3.    **Contested Issues of Fact and Law**.    Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

Liability and damages on claim and counterclaim.

Scheduling and Planning Conference Report
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JSW
(1187-3032/253303)

Ex. C, p. 2 of 7

4.     **Discovery Plan.**  the parties jointly proposed to the court the following discovery plan.

   A. Discovery will be needed on the following  issues:

    Factual bases of claims and counterclaims and defenses.

   B. All discovery commenced in time to be completed by October 26, 2007.

   C. Limitations on Discovery.

    1. Interrogatories

     <u>X</u> No change from F.R.Civ.P. 33(a)

     ___ Maximum of ___ by each party to any other party.

     Responses due in ___ days.

    2. Requests for Admissions.

     <u>X</u> No change from F.R.Civ.P. 36(a).

     ___ Maximum of ___ requests.

    Responses due in ___ days.

    3. Depositions

     <u>X</u> No change from F.R.Civ.P. 30(a), (d).

     ___ Maximum of ___ depositions by each party.

     Depositions not to exceed ___ hours unless agreed to by all parties.

Scheduling and Planning Conference Report
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JSW
(1187-3032/253303)

D.    Reports from retained experts.

    X    Not later than 90 days before the close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

    ____    Reports due:

From plaintiff:  NLT 90 days    From defendant:  NLT 90 days

E.    Supplementation of disclosures and discovery responses are to be made:

    ____    Periodically at 60-day intervals from the entry of scheduling and planning order.

    X    As new information is acquired, but not later than 60 days before the close of discovery.

F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

    X    45 days prior to the close of discovery.

    ____    Not later than _____

5.  **Pretrial Motions**.

    X    No change from D.Ak.LR 16.1(c)

The following changes to D.Ak.LR 16.1(c).  [Check and complete all that apply]

Scheduling and Planning Conference Report
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JSW
(1187-3032/253303)

X    Motions to amend pleadings or add parties to be filed not later than March 16, 2007.  However, the parties may file amended pleadings within the next 30 days without further order of the court.

___    Motions under the discovery rules must be filed not later than (insert date).

___    Motions in limine and dispositive motions must be filed not later than (insert date).

6.    **Other Provisions**:

A.    X    The parties do not request a conference with the court before the entry of the scheduling order.

___    The parties request a scheduling conference with the court on the following issue(s):

(insert issues on which a conference is requested)

B.    Alternative Dispute Resolution [D.Ak. LR 16.2]

___    This matter is not considered a candidate for court-annexed alternative dispute resolution.

X    The parties will file a request for alternative dispute resolution not later than October 5, 2007.

___    Mediation    ___    Early Neutral Evaluation

C.    The parties ___ do X not consent to trial before a magistrate judge.

Scheduling and Planning Conference Report
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JSW
(1187-3032/253303)

**Ex. C, p. 5 of 7**

D.    Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

       X   All parties have complied   X Compliance not required by
                                                    any party.

**7.    Trial.**

A.    The matter will be ready for trial:

       X   45 days after the discovery close date.

       ___  not later than (insert date).

B.    This matter is expected to take 5 days to try.

C.    Jury Demanded  X Yes      ___ No

      Right to jury trial disputed?   ___ Yes   X No

DATED at Anchorage, Alaska, this 27th day of November, 2006.

                HUGHES BAUMAN PFIFFNER
                GORSKI & SEEDORF, LLC
                Attorneys for Defendants Strand Hunt
                Construction, Inc. and St. Paul Fire and
                Marine Insurance Company

            By:   s/Frank A. Pfiffner
                  Frank A. Pfiffner
                  3900 C Street, Suite 1001
                  Anchorage, Alaska 99503
                  Telephone: (907) 274-7522
                  Facsimile: (907) 263-8320
                  FAP@hbplaw.net
                  ABA No. 7505032

Scheduling and Planning Conference Report
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JSW
(1187-3032/253303)

Page 6 of 7

**Ex. C, p. 6 of 7**

DATED at Anchorage, Alaska, this 27th day of November, 2006.

LAW OFFICES OF JOSEPH W.
SHEEHAN
Attorneys for Plaintiff Kalen &
Associates, Inc.


By:   s/Joseph W. Sheehan  (consent)
      Joseph W. Sheehan
      P.O. Box 70906
      Fairbanks, AK  99707
      Telephone:  (907) 456-6090
      Facsimile:  (907) 451-6070
      sheehanlaw@mosquitonet.com
      ABA No. 7004024


<u>Certificate of Service</u>

I hereby certify that on November 27, 2006, a copy of the Scheduling and
Planning Conference Report was served electronically on:

Joseph W. Sheehan
P.O. Box 70906
Fairbanks, AK  99707


<u>s/Frank A. Pfiffner</u>

Scheduling and Planning Conference Report
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JSW
(1187-3032/253303)

Ex. C, p. 6 of 7