Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendants,
Strand Hunt Construction, Inc. and
St. Paul Fire and Marine Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of KALEN & ASSOCIATES, INC., d/b/a CHENA SURVEYS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>STRAND HUNT CONSTRUCTION, INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br><br>Defendants. | 4:06-cv-00021-JWS |

**PROPOSED ORDER GRANTING
LEAVE TO AMEND PLEADINGS**

Proposed Order re: Motion to Amend Answer and Counterclaim to Amended Complaint
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/254589)

Having reviewed the December __, 2006, Motion to Amend Answer and Counterclaim to Amended Complaint, and being otherwise fully advised in the premises,

IT IS SO ORDERED, that the Motion to Amend Answer and Counterclaim to Amended Complaint is hereby GRANTED and the Amended Answer and Counterclaim filed as Exhibit A to the Motion is accepted as the defendants' Amended Answer and Counterclaim. Plaintiffs shall have 20 days from the date of this order to reply to the Amended Answer and Counterclaim.

DATED this _____ day of December, 2006.

_____
John W. Sedwick
Judge of the U.S. District Court


Certificate of Service

I hereby certify that on December 21, 2006, a copy of the Proposed Order to Motion to Amend Answer and Counterclaim to Amended Complaint was served electronically on:

Joseph W. Sheehan
P.O. Box 70906
Fairbanks, AK  99707

s/Frank A. Pfiffner

Proposed Order re: Motion to Amend Answer and Counterclaim to Amended Complaint
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/254589)