RECEIVED
DEC 21 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of KALEN & ASSOCIATES, INC., d/b/a CHENA SURVEYS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> STRAND HUNT CONSTRUCTION, INC., and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CASE NO. 4:06-cv-00021 JWS ) |

## ENTRY OF APPEARANCE

The law firm of Burr, Pease & Kurtz hereby enters its appearance as counsel for the plaintiff Kalen and Associates, Inc., d/b/a Chena Surveys, Inc. for purposes of defending the counterclaims filed by Strand Hunt Construction, Inc. and requests that copies of all pleadings filed in this action be served upon it.

DATED: December 21, 2006.

BURR, PEASE & KURTZ

By _____
Nelson G. Page
Alaska Bar No. 7911121

BURR, PEASE
& KURTZ
A PROFESSIONAL CORPORATION
810 N STREET, SUITE 300
ANCHORAGE, AK 99501
(907) 276-6100

**CERTIFICATE OF SERVICE**

I certify that on the 21st day of December, 2006, a copy of the foregoing Entry of Appearance was served by mail on:

Joseph W. Sheehan
Law Offices of Joseph W. Sheehan
P.O. Box 70906
Fairbanks, Alaska 99707

Frank A. Pfiffner
Hughes Bauman Pfiffner
 Gorski & Seedorf, LLC
3900 C Street Suite 1001
Anchorage, Alaska 99503

_Teresa Wilson_
Teresa Wilson

BURR, PEASE & KURTZ
A PROFESSIONAL CORPORATION
810 N STREET, SUITE 300
ANCHORAGE, AK 99501
(907) 276-6100

ENTRY OF APPEARANCE                                               Page 2 of 2
*United States of America for the use and benefit of Kalen & Associates, et al. v. Strand Hunt, et al;*
*Case No. 4:06-cv-00021 JSW*
*3358-21/87444*