UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of KALEN & ASSOCIATES, INC., d/b/a CHENA SURVEYS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> STRAND HUNT CONSTRUCTION, INC., and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, <br><br> Defendants. <br> _____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 4:06-cv-00021 JWS <br> ) |

## NON-OPPOSITION TO DEFENDANTS' MOTION TO AMEND ANSWER AND COUNTERCLAIM TO AMENDED COMPLAINT

Plaintiff, Kalen and Associates, Inc., d/b/a Chena Surveys, Inc. does not oppose Defendants' Motion to Amend Answer and Counterclaim to Amended Complaint.

DATED at Anchorage, Alaska, this 5th day of January, 2007.

>BURR, PEASE & KURTZ
>Attorneys for Plaintiff
>Kalen & Associates, Inc. d/b/a
>Chena Surveys, Inc.
>
>BY:   s/Nelson G. Page
>      Nelson G. Page
>      810 N Street, Suite 300
>      Anchorage, Alaska 99501
>      Telephone: (907) 276-6100
>      Facsimile:  (907) 258-2530
>      ngp@bpk.com
>      ABA No. 7911121

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2007, a copy of the Non-Opposition to Motion to Amend Answer and Counterclaim to Amended Complaint was served electronically on the following counsel of record:

Joseph W. Sheehan
Law Offices of Joseph W. Sheehan
P.O. Box 70906
Fairbanks, Alaska  99707

Frank A. Pfiffner
Hughes Bauman Pfiffner
 Gorski & Seedorf, LLC
3900 C Street Suite 1001
Anchorage, Alaska  99503

s/Nelson G. Page