Law Office of
Joseph W. Sheehan
PO Box 70906
Fairbanks Alaska, 99707
Counsel for Plaintiff
(907)456-6090
(907)451-6070 (facsimile)
sheehanlaw@mosquitonet.com

**UNITED STATES COURT FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| KALEN & ASSOCIATES, INC., d/b/a CHENA RIVER SURVEYS, INC.<br><br>Plaintiff<br><br>vs.<br><br>STRAND HUNT CONSTRUCTION, CO. and, ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. <u>4:06-cv-21</u><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>KALEN & ASSOCIATES, INC. d/b/a CHENA RIVER SURVEYS, INC.'S ANSWER TO STRAND HUNT CONSTRUCTION, CO.'S AMENDED COUNTERCLAIM AND KALEN & ASSOCIATES, INC. d/b/a CHENA RIVER SURVEYS, INC.'S AND COUNTERCLAIM AGAINST STRAND HUNT CONSTRUCTION, CO. AND ST. PAUL FIRE AND MARINE INSURANCE COMPANY</u>**

COMES NOW Plaintiff, Kalen & Associates, Inc. d/b/a Chena River Surveys, Inc., (KAI) by and through its attorney, Joseph W.

Kalen & Associates, Inc. d/b/a Chena River Surveys, Inc.'s Answer to Strand Hunt Construction, Co.'s Counterclaim and Kalen & Associates, Inc. d/b/a Chena River Survey, Inc.'s Counterclaim Against Strand Hunt Construction, Co. and St. Paul Fire and Marine Insurance Company

Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. v Strand Hunt Construction and St. Paul Travelers
Case No. <u>4:06-cv-21</u>                                                                 Page 1

Sheehan, and for its Answer to Defendants' Strand Hunt Construction, Inc. (SHC) Amended Counterclaim, avers and alleges as follows:

1. Plaintiff KAI is without sufficient information to admit or deny those allegations set forth in the Amended Counterclaim, Paragraph 1, therefore denies same.

2. Plaintiff KAI admits those allegations set forth in the Amended Counterclaim, Paragraph 2.

3. Plaintiff KAI is without sufficient information to admit or deny those allegations set forth in the Amended Counterclaim, Paragraph 3, therefore denies for lack of knowledge.

4. Plaintiff KAI is without sufficient information to admit or deny those allegations set forth in the Amended Counterclaim, Paragraph 4, therefore denies for lack of knowledge.

5. Plaintiff KAI is without sufficient information to admit or deny those allegations set forth in the Amended Counterclaim, Paragraph 5, therefore denies for lack of knowledge.

6. Plaintiff KAI is without sufficient information to admit or deny those allegations set forth in the Amended Counterclaim, Paragraph 6, therefore denies for lack of knowledge.

Kalen & Associates, Inc. d/b/a Chena River Surveys, Inc.'s Answer to Strand Hunt Construction, Co.'s Counterclaim and Kalen & Associates, Inc. d/b/a Chena River Survey, Inc.'s Counterclaim Against Strand Hunt Construction, Co. and St. Paul Fire and Marine Insurance Company

Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. v Strand Hunt Construction and St. Paul Travelers
Case No. 4:06-cv-21                                                    Page 2

7.  Plaintiff KAI admits that Defendant SHC was the General Contractor on the Joint Security Forces Complex Project and the Eielson CHPP Baghouse Project. Plaintiff KAI further admits that Defendant St. Paul provided the payment bond. Except as specifically admitted herein, Plaintiff KAI is without sufficient information to admit or deny those allegations set forth in Paragraph 7 of the Amended Counterclaim, therefore denies same.

8.  Plaintiff KAI admits that it entered into a subcontract with SHC to provide surveying services on the Baghouse Project and that it entered into a contract with SHC to provide surveying services on the Joint Security Forces Complex Project. Except as specifically admitted herein, Plaintiff KAI denies those allegations set forth in the Amended Counterclaim, Paragraph 8.

9.  Plaintiff KAI admits those allegations set forth in the Amended Counterclaim, Paragraph 9.

10. Plaintiff KAI denies those allegations set forth in the Amended Counterclaim, Paragraph 10.

Kalen & Associates, Inc. d/b/a Chena River Surveys, Inc.'s Answer to Strand Hunt Construction, Co.'s Counterclaim and Kalen & Associates, Inc. d/b/a Chena River Survey, Inc.'s Counterclaim Against Strand Hunt Construction, Co. and St. Paul Fire and Marine Insurance Company

Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. v Strand Hunt Construction and St. Paul Travelers
Case No. 4:06-cv-21                                                      Page 3

11. Plaintiff KAI denies those allegations set forth in the Amended Counterclaim, Paragraph 11.

12. Plaintiff KAI denies those allegations set forth in the Amended Counterclaim, Paragraph 12.

13. Plaintiff KAI acknowledges that it received correspondence from Defendant SHC on or about March 12, 2004 and April 12, 2006. Except as specifically admitted herein, Plaintiff KAI denies those allegations set forth in Paragraph 13.

14. Plaintiff KAI denies those allegations set forth in Defendant SHC's Amended Counterclaim, Paragraph 14.

15. Plaintiff KAI admits those allegations set forth in the Amended Counterclaim, Paragraph 13.

**AFFIRMATIVE DEFENSES**

1. The Amended Counterclaim fails to state a cause of action upon which relief can be granted;

2. The Amended Counterclaim is barred by the statute of limitations;

3. The Amended Counterclaim is barred by the doctrine of estoppel;

4. The Amended Counterclaim is barred because of SHC's

Kalen & Associates, Inc. d/b/a Chena River Surveys, Inc.'s Answer to Strand Hunt Construction, Co.'s Counterclaim and Kalen & Associates, Inc. d/b/a Chena River Survey, Inc.'s Counterclaim Against Strand Hunt Construction, Co. and St. Paul Fire and Marine Insurance Company

Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. v Strand Hunt Construction and St. Paul Travelers
Case No. 4:06-cv-21                                                          Page 4

contributory or comparative negligence;

5. The Amended Counterclaim is barred by the doctrine of waiver.

6. The Amended Counterclaim is barred by the doctrine of estoppel.

### COUNTERCLAIM AGAINST STRAND HUNT CONSTRUCTION, CO. and, ST. PAUL FIRE AND MARINE INSURANCE COMPANY

COMES NOW Plaintiff, Kalen & Associates, Inc. d/b/a Chena River Surveys, Inc., (KAI) by and through its attorney, Joseph W. Sheehan, and for its Counterclaim against Defendants' Strand Hunt Construction, Inc. (SHC) and St. Paul Fire and Marine Insurance Company (St. Paul), avers and alleges as follows:

1. Plaintiff KAI adopts by reference those allegations set forth in its Amended Complaint and Answer to Defendant SHC's Amended Counterclaim.

2. Plaintiff KAI contracted with Defendant SHC to provide labor and material for the Eielson CHPP Baghouse Project, Contract No. DACA85-03-0007 (the Baghouse Project).

### Count I

1. Plaintiff Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. adopts by reference the preceding allegations set forth in its

Kalen & Associates, Inc. d/b/a Chena River Surveys, Inc.'s Answer to Strand Hunt Construction, Co.'s Counterclaim and Kalen & Associates, Inc. d/b/a Chena River Survey, Inc.'s Counterclaim Against Strand Hunt Construction, Co. and St. Paul Fire and Marine Insurance Company

Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. v Strand Hunt Construction and St. Paul Travelers
Case No. 4:06-cv-21                                                        Page 5

    Amended Complaint and Answer to Strand Hunt Construction, Co.'s Amended Counterclaim.

2. Defendant Strand Hunt Construction Co. has failed and refuses to pay Plaintiff Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. for labor and services provided in conjunction with DACA85-03-C-0007.

3. Defendant Strand Hunt Construction Co. presently owes Plaintiff Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. Two Thousand Seven Hundred Twenty-eight Dollars and Thirty-Seven($2,728.37) Cents, plus interest. These monies have been due for more than ninety (90) days since the last of the labor or materials were provided.

4. As a direct and proximate result of Defendant Strand Hunt Construction Co.'s refusal to pay, Defendant Strand Hunt Construction Co. has breached its contract agreement with Plaintiff Kalen & Associates, Inc., d/b/a Chena Surveys, Inc.

### Count II

5. Plaintiff Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. adopts by reference the preceding allegations set forth in its Amended Complaint and Answer to Strand Hunt Construction,

Kalen & Associates, Inc. d/b/a Chena River Surveys, Inc.'s Answer to Strand Hunt Construction, Co.'s Counterclaim and Kalen & Associates, Inc. d/b/a Chena River Survey, Inc.'s Counterclaim Against Strand Hunt Construction, Co. and St. Paul Fire and Marine Insurance Company

Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. v Strand Hunt Construction and St. Paul Travelers
Case No. 4:06-cv-21                                                           Page 6

Co.'s Amended Counterclaim.

6. Defendant St. Paul Fire and Marine Insurance Company is liable for the monies owed to Plaintiff Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. referenced in Count I because of the payment bond provided in conjunction with DACA85-03-C-0007.

WHEREFORE, Plaintiff Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. prays that judgment be entered in its favor, and against Strand Hunt Construction, Co. and St. Paul Fire and Marine Insurance Company, in an amount which shall be proven at trial, together with an award of pre-judgment interest, costs, attorney's fees, and such further additional relief as the court may deem to be just and equitable under the circumstances.

DATED this 12th day of February, 2007.

By: s/Joseph W. Sheehan
Joseph W. Sheehan
P.O. Box 70906
Fairbanks Alaska 99707
(907) 456-6090
(907) 451-6070
sheehanlaw@mosquitonet.com
ABA No. 7004024

Kalen & Associates, Inc. d/b/a Chena River Surveys, Inc.'s Answer to Strand Hunt Construction, Co.'s Counterclaim and Kalen & Associates, Inc. d/b/a Chena River Survey, Inc.'s Counterclaim Against Strand Hunt Construction, Co. and St. Paul Fire and Marine Insurance Company

Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. v Strand Hunt Construction and St. Paul Travelers
Case No. 4:06-cv-21                                                      Page 7

Certificate of Service

I hereby certify that on 12th day of February, 2007, a copy of Plaintiff's Answer to Strand Hunt Construction, Co.'s Amended Counterclaim and Plaintiffs' Counterclaim Against Strand Hunt Construction Co. and St. Paul Fire and Marine Insurance Company was served electronically on:


Frank A. Pfiffner, Esq.
3900 C Street, Suite 1001
Anchorage Alaska 99503
E-Mail: fap@hbplaw.net

Nelson G. Page, Esq.
Burr, Pease & Kurtz, PC
810 N. Street
Anchorage Alaska 99501
E-Mail: ngp@bpk.com


s/Deborah L. Watson

Kalen & Associates, Inc. d/b/a Chena River Surveys, Inc.'s Answer to Strand Hunt Construction, Co.'s Counterclaim and Kalen & Associates, Inc. d/b/a Chena River Survey, Inc.'s Counterclaim Against Strand Hunt Construction, Co. and St. Paul Fire and Marine Insurance Company

Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. v Strand Hunt Construction and St. Paul Travelers
Case No. 4:06-cv-21                                                      Page 8