Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendants
Strand Hunt Construction, Inc. and
St. Paul Fire and Marine Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of KALEN & ASSOCIATES, INC., d/b/a CHENA SURVEYS, INC.<br><br>            Plaintiff,<br><br>vs.<br><br>STRAND HUNT CONSTRUCTION, INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br><br>            Defendants. | <br><br><br><br><br><br><br><br><br><br>4:06-cv-00021-JWS |

**DEFENDANTS' REPLY TO PLAINTIFF'S COUNTERCLAIM
FILED ON FEBRUARY 12, 2007**

Defendants' Reply to Plaintiff's Counterclaim Filed on February 12, 2007
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/257580)

Defendant Strand Hunt Construction, Inc. ("Strand Hunt") and St. Paul Fire and Marine Insurance Company ("St. Paul"), by and through their counsel of record, Hughes Bauman Pfiffner Gorski & Seedorf, LLC, reply to Plaintiff's' Counterclaim dated February 12, 2007, by admitting, denying and alleging as follows:

1.    With regard to paragraph one of the Counterclaim, Strand Hunt and St. Paul adopt by reference the allegations set forth in their Amended Answer to Amended Complaint and Counterclaim.

2.    Strand Hunt and St. Paul admit the allegations contained in paragraph two of the Counterclaim.

3.    With regard to the second paragraph one of the Counterclaim, Strand Hunt and St. Paul adopt by reference the allegations set forth in their Amended Answer to Amended Complaint and Counterclaim.

4.    With regard to the second paragraph two of the Counterclaim, Strand Hunt and St. Paul deny the allegations contained therein.

5.    Strand Hunt and St. Paul deny the allegations contained in paragraphs three and four of the Counterclaim.

6.    With regard to paragraph five of the Counterclaim, Strand Hunt and St. Paul adopt by reference the allegations set forth in their Amended Answer to Amended Complaint and Counterclaim.

7.    Strand Hunt and St. Paul deny the allegations contained in paragraph six of the Counterclaim.

Defendants' Reply to Plaintiff's Counterclaim Filed on February 12, 2007
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/257580)

## AFFIRMATIVE DEFENSES

1.      The Counterclaim to Strand Hunt's Counterclaim fails to state a claim on which relief can be granted in particular because the Federal Rules of Civil Procedure do not authorize a pleading entitled a Counterclaim to a Counterclaim.   Any claims set forth in the purported Counterclaim to the Counterclaim should have been set forth in the Amended Complaint.

2.      Kalen's Counterclaim is barred by the statute of limitations.

3.      Kalen's Counterclaim is barred by 40 U.S.C. § 3133(b)(4) which requires that the claim must be brought within one year after the day on which the last of the labor was performed or the materials supplied.  Kalen did not bring this Counterclaim timely under this applicable Miller Act provision.

4.      Plaintiff is estopped from asserting the claim set forth herein as a result of its improper conduct and unclean hands.

5.      Strand Hunt and St. Paul are entitled to set off from the amounts claimed herein the damages due to Strand Hunt as a result of Plaintiff's material breach of its contract with Strand Hunt for surveying services provided on the Joint Security Forces Complex Project and the Eielson CHPP Baghouse Project as more fully set forth in the Amended Counterclaim which is incorporated herein by reference.

Defendants' Reply to Plaintiff's Counterclaim Filed on February 12, 2007
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/257580)

6.    Any potential liability of St. Paul is limited by and to the terms of the payment bond.

7.    Strand Hunt and St. Paul reserve the right to assert such other and affirmative defenses that might become known through discovery.

WHEREFORE Strand Hunt and St. Paul pray that the Counterclaim to the Counterclaim be dismissed with prejudice, that Strand Hunt and St. Paul be awarded their costs and disbursements including a reasonable attorneys' fee, and that the court award such other and further relief as it may deem just and proper.

DATED at Anchorage, Alaska, this 16th day of March, 2007.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Defendants Strand Hunt
Construction, Inc. and St. Paul Fire and
Marine Insurance Company


By:    s/Frank A. Pfiffner
       Frank A. Pfiffner
       3900 C Street, Suite 1001
       Anchorage, Alaska  99503
       Telephone:  (907) 274-7522
       Facsimile:  (907) 263-8320
       FAP@hbplaw.net
       ABA No. 7505032

Defendants' Reply to Plaintiff's Counterclaim Filed on February 12, 2007
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/257580)

<u>Certificate of Service</u>

I hereby certify that on March 16, 2007, a true a correct copy of the foregoing
Defendants' Reply to Plaintiffs' Counterclaim Filed on February 12, 2007, has
been served electronically on:

Joseph W. Sheehan
P.O. Box 70906
Fairbanks, AK  99707

Nelson G. Page
Burr, Pease & Kurtz
810 N Street, Suite 300
Anchorage, AK  99501

<u>s/Frank A. Pfiffner</u>

Defendants' Reply to Plaintiff's Counterclaim Filed on February 12, 2007
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/257580)
Page 5 of 5