Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone:  (907) 274-7522
Facsimile:  (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendants,
Strand Hunt Construction, Inc. and
St. Paul Fire and Marine Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of KALEN & ASSOCIATES, INC., d/b/a CHENA SURVEYS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>STRAND HUNT CONSTRUCTION, INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br><br>Defendants. | 4:06-cv-00021-JWS |

**STIPULATION TO EXTEND DEADLINE**

COMES NOW, Defendants Strand Hunt Construction, Inc. ("Strand Hunt")

and St. Paul Fire and Marine Insurance Company ("St. Paul") and Plaintiff Kalen &

Stipulation To Extend Deadline
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/261843)

Associates, Inc. d/b/a Chena River Surveys, Inc. ("KAI"), hereby stipulate and agree that the deadline for expert witness disclosures shall be extended sixty days to the close of business on September 25, 2007. The reason for the request is that the party's have delayed preparation of the case in anticipation of a mediation, which the parties are attempting with difficulty to schedule because of conflicting schedules of the expected participants at the mediation. The parties hope and expect and that the mediation will occur before the new deadline for expert witness disclosures.

DATED at Anchorage, Alaska, this 27th day of July, 2007.

> HUGHES BAUMAN PFIFFNER
> GORSKI & SEEDORF, LLC
> Attorneys for Defendants Strand Hunt
> Construction, Inc. and St. Paul Fire and
> Marine Insurance Company
>
> By:   s/Frank A. Pfiffner
>       Frank A. Pfiffner
>       3900 C Street, Suite 1001
>       Anchorage, Alaska  99503
>       Telephone:  (907) 274-7522
>       Facsimile:  (907) 263-8320
>       FAP@hbplaw.net
>       ABA No. 7505032

Stipulation To Extend Deadline
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/261843)

DATED at Fairbanks, Alaska, this 27th day of July, 2007.

        LAW OFFICES OF JOSEPH W. SHEEHAN
        Attorneys for Plaintiff, Kalen & Associates, Inc., d/b/a Chena River Surveys, Inc.

        By:   s/Joseph W. Sheehan (consent)
             Joseph W. Sheehan
             PO Box 70906
             Fairbanks, Alaska 99707
             Telephone: (907) 456-6090
             Facsimile: (907) 451-6070
             sheehanlaw@mosquitonet.com
             ABA No. 7004024

DATED at Anchorage, Alaska, this 27th day of May, 2007.

        BURR, PEASE & KURTZ
        Attorneys for Plaintiff, Kalen & Associates, Inc., d/b/a Chena River Surveys, Inc.

        By:   s/Nelson G. Page (consent)
             Nelson G. Page
             810 N Street, Suite 300
             Anchorage, Alaska 99501
             Telephone: (907) 276-6100
             Facsimile: (907) 258-2530
             ngp@bpk.com
             ABA No. 7911121

Stipulation To Extend Deadline
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/261843)

Page 3 of 4

Certificate of Service

I hereby certify that on July 27, 2007, a copy of the Stipulation To Extend Deadline was served electronically on:

Joseph W. Sheehan
P.O. Box 70906
Fairbanks, AK  99707

Nelson G. Page
Burr, Pease & Kurtz
810 N Street, Suite 300
Anchorage, AK  99501

s/Frank A. Pfiffner

Stipulation To Extend Deadline
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/261843)