IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of KALEN & ASSOCIATES, INC., d/b/a CHENA SURVEYS, INC.<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STRAND HUNT CONSTRUCTION, INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br><br>　　　　Defendants. | 4:06-cv-00021-JWS |

**ORDER**

　　　　Having reviewed the July 27, 2007 Stipulation to Extend Deadline, and being otherwise fully advised in the premises,

　　　　IT IS SO ORDERED, the expert witness disclosures shall be extended sixty days from July 27, 2007 to September 25, 2007.

　　　　DATED this 30th day of July 2007.

　　　　　　　　　　　　　　　/s/ John W. Sedwick
　　　　　　　　　　　　　U.S. District Court Judge