Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone:  (907) 274-7522
Facsimile:  (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendants,
Strand Hunt Construction, Inc. and
St. Paul Fire and Marine Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of KALEN & ASSOCIATES, INC., d/b/a CHENA SURVEYS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>STRAND HUNT CONSTRUCTION, INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br><br>Defendants. | <br><br><br><br><br><br><br><br>4:06-cv-00021-JWS |

**STIPULATION TO EXTEND DEADLINES**

COMES NOW, Defendants Strand Hunt Construction, Inc. ("Strand Hunt")

and St. Paul Fire and Marine Insurance Company ("St. Paul") and Plaintiff Kalen &

Stipulation To Extend Deadlines
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/263101)

Associates, Inc. d/b/a Chena River Surveys, Inc. ("KAI"), hereby stipulate and agree that the deadline for final witness list which includes experts as well as lay witnesses shall be extended from September 7, 2007 until October 15, 2007. Both parties also stipulate and agree that the expert witness disclosures currently due on September 25, 2007 shall be extended to October 15, 2007. The reason for these requests are that the party's have delayed preparation of the case in anticipation of a mediation, and said mediation is currently scheduled for October 3, 2007. At that time it is hoped that all parties will reach a settlement.

DATED at Anchorage, Alaska, this 7th day of September, 2007.

> HUGHES BAUMAN PFIFFNER
> GORSKI & SEEDORF, LLC
> Attorneys for Defendants Strand Hunt
> Construction, Inc. and St. Paul Fire and
> Marine Insurance Company
>
> By:   s/Frank A. Pfiffner
>       Frank A. Pfiffner
>       3900 C Street, Suite 1001
>       Anchorage, Alaska  99503
>       Telephone:  (907) 274-7522
>       Facsimile:  (907) 263-8320
>       FAP@hbplaw.net
>       ABA No. 7505032

Stipulation To Extend Deadlines
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/263101)

DATED at Fairbanks, Alaska, this 7th day of September, 2007.

        LAW OFFICES OF JOSEPH W. SHEEHAN
        Attorneys for Plaintiff, Kalen & Associates, Inc., d/b/a Chena River Surveys, Inc.

        By: s/Joseph W. Sheehan (consent)
           Joseph W. Sheehan
           PO Box 70906
           Fairbanks, Alaska  99707
           Telephone:  (907) 456-6090
           Facsimile:  (907) 451-6070
           sheehanlaw@mosquitonet.com
           ABA No. 7004024

DATED at Anchorage, Alaska, this 7th day of September, 2007.

        BURR, PEASE & KURTZ
        Attorneys for Plaintiff, Kalen & Associates, Inc., d/b/a Chena River Surveys, Inc.

        By: s/Nelson G. Page (consent)
           Nelson G. Page
           810 N Street, Suite 300
           Anchorage, Alaska  99501
           Telephone:  (907) 276-6100
           Facsimile:  (907) 258-2530
           ngp@bpk.com
           ABA No. 7911121

Stipulation To Extend Deadlines
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/263101)

Certificate of Service

I hereby certify that on September 7, 2007, a copy of the Stipulation To Extend Deadline was served electronically on:

Joseph W. Sheehan
P.O. Box 70906
Fairbanks, AK  99707

Nelson G. Page
Burr, Pease & Kurtz
810 N Street, Suite 300
Anchorage, AK  99501

s/Frank A. Pfiffner