IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of KALEN & ASSOCIATES, INC., d/b/a CHENA SURVEYS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>STRAND HUNT CONSTRUCTION, INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br><br>Defendants. | 4:06-cv-00021-JWS |

**ORDER**

Having reviewed the September 7, 2007 Stipulation to Extend Deadline, and being otherwise fully advised in the premises,

IT IS SO ORDERED, the final witness list shall be extended from September 7, 2007 to October 15, 2007, and expert witness disclosures shall be extended from September 25, 2007 to October 15, 2007.

```
                    /s/ John W. Sedwick
           Judge of the U.S. District Court
```