Frank A. Pfiffner
HUGHES PFIFFNER
GORSKI SEEDORF & ODSEN, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone:  (907) 274-7522
Facsimile:  (907) 263-8320
FAP@hpglaw.net
ABA No. 7505032

Attorneys for Defendants,
Strand Hunt Construction, Inc. and
St. Paul Fire and Marine Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of KALEN & ASSOCIATES, INC., d/b/a CHENA SURVEYS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>STRAND HUNT CONSTRUCTION, INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br><br>Defendants. | 4:06-cv-00021-JWS |

**STIPULATION TO EXTEND DEADLINES**

COMES NOW, Defendants Strand Hunt Construction, Inc. ("Strand Hunt")

and St. Paul Fire and Marine Insurance Company ("St. Paul") and Plaintiff Kalen &

Stipulation To Extend Deadlines
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/264196)

Associates, Inc. d/b/a Chena River Surveys, Inc. ("KAI"), hereby stipulate and agree that the deadline for final witness list which includes experts as well as lay witnesses shall be extended from October 15, 2007 to November 15, 2007.  Both parties also stipulate and agree that the expert witness disclosures currently due on October 15, 2007 be extended to November 15, 2007.  The reason for these requests is that the parties have had mediation on October 2, 2007.  The case did not settle at the mediation but the mediator is still working with the parties in an effort to reach a settlement.  All parties believe that this additional time is required in order to determine whether the case can be settled.

DATED at Anchorage, Alaska, this 11th day of October, 2007.

> HUGHES PFIFFNER GORSKI
> SEEDORF & ODSEN, LLC
> Attorneys for Defendants Strand Hunt
> Construction, Inc. and St. Paul Fire and
> Marine Insurance Company
>
> By:   s/Frank A. Pfiffner
> Frank A. Pfiffner
> 3900 C Street, Suite 1001
> Anchorage, Alaska  99503
> Telephone:  (907) 274-7522
> Facsimile:  (907) 263-8320
> FAP@hpglaw.net
> ABA No. 7505032

DATED at Fairbanks, Alaska, this 11th day of October, 2007.

        LAW OFFICES OF JOSEPH W. SHEEHAN
        Attorneys for Plaintiff, Kalen & Associates, Inc., d/b/a Chena River Surveys, Inc.

        By:   s/Joseph W. Sheehan (consent)
              Joseph W. Sheehan
              PO Box 70906
              Fairbanks, Alaska  99707
              Telephone:  (907) 456-6090
              Facsimile:  (907) 451-6070
              sheehanlaw@mosquitonet.com
              ABA No. 7004024

DATED at Anchorage, Alaska, this 11th day of October, 2007.

        BURR, PEASE & KURTZ
        Attorneys for Plaintiff, Kalen & Associates, Inc., d/b/a Chena River Surveys, Inc.

        By:   s/Nelson G. Page (consent)
              Nelson G. Page
              810 N Street, Suite 300
              Anchorage, Alaska  99501
              Telephone:  (907) 276-6100
              Facsimile:  (907) 258-2530
              ngp@bpk.com
              ABA No. 7911121

Stipulation To Extend Deadlines
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/264196)

<u>Certificate of Service</u>

      I hereby certify that on October 11, 2007, a copy of the Stipulation To Extend Deadline was served electronically on:

Joseph W. Sheehan
P.O. Box 70906
Fairbanks, AK  99707

Nelson G. Page
Burr, Pease & Kurtz
810 N Street, Suite 300
Anchorage, AK  99501

<u>s/Frank A. Pfiffner</u>

Stipulation To Extend Deadlines
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/264196)