Frank A. Pfiffner
HUGHES PFIFFNER
GORSKI SEEDORF & ODSEN, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
FAP@hpglaw.net
ABA No. 7505032

Attorneys for Defendants,
Strand Hunt Construction, Inc. and
St. Paul Fire and Marine Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of KALEN & ASSOCIATES, INC., d/b/a CHENA SURVEYS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>STRAND HUNT CONSTRUCTION, INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br><br>Defendants. | <br><br><br><br><br><br><br><br><br><br><br>4:06-cv-00021-JWS |

**PROPOSED ORDER**

Having reviewed the October 11, 2007 Stipulation to Extend

Deadline, and being otherwise fully advised in the premises,

*Kalen & Associates v. Strand Hunt Construction, Inc., et al.*
Case No.: 4:06-cv-00021-JWS
Proposed Order
(1187-3023/264197)
Page 1 of 2

IT IS SO ORDERED, the final witness list shall be extended from

October 15, 2007 to November 15, 2007, and expert witness disclosures shall be

extended from October 15, 2007 to November 15, 2007.

_____
John W. Sedwick
Judge of the U.S. District Court


Certificate of Service

I hereby certify that on October 11, 2007, a copy of the Proposed Order was
served electronically on:

Joseph W. Sheehan
P.O. Box 70906
Fairbanks, AK  99707

Nelson G. Page
Burr, Pease & Kurtz
810 N Street, Suite 300
Anchorage, AK  99501

s/Frank A. Pfiffner