IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of KALEN & ASSOCIATES, INC., d/b/a CHENA SURVEYS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>STRAND HUNT CONSTRUCTION, INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br><br>Defendants. | 4:06-cv-00021-JWS |

**ORDER**

Having reviewed the October 11, 2007 Stipulation to Extend Deadline, and being otherwise fully advised in the premises,

IT IS SO ORDERED, the final witness list shall be extended from October 15, 2007 to November 15, 2007, and expert witness disclosures shall be extended from October 15, 2007 to November 15, 2007.

DATED this 12th day of October 2007.

/s/John W. Sedwick
Judge of the U.S. District Court