Frank A. Pfiffner
HUGHES PFIFFNER
GORSKI SEEDORF & ODSEN, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone:  (907) 274-7522
Facsimile:  (907) 263-8320
FAP@hpglaw.net
ABA No. 7505032

Attorneys for Defendants,
Strand Hunt Construction, Inc. and
St. Paul Fire and Marine Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of KALEN & ASSOCIATES, INC., d/b/a CHENA SURVEYS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>STRAND HUNT CONSTRUCTION, INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br><br>Defendants. | 4:06-cv-00021-JWS |

**STIPULATION TO EXTEND DEADLINES**

COMES NOW, Defendants Strand Hunt Construction, Inc. ("Strand Hunt")

and St. Paul Fire and Marine Insurance Company ("St. Paul") and Plaintiff Kalen &

Stipulation To Extend Deadlines
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/264710)

Associates, Inc. d/b/a Chena River Surveys, Inc. ("KAI"), hereby stipulate and agree that the deadline for the close of discovery shall be extended sixty days from October 26, 2007 to December 26, 2007. The reason for these requests is that the parties have had mediation on October 2, 2007. The case did not settle at the mediation but the mediator is still working with the parties in an effort to reach a settlement. The parties have previously stipulated and the court has ordered an extension to November 15, 2007 for the parties to file final witness lists and expert witness disclosures. This additional extension of time is connected with the prior requested extensions and the parties continuing efforts with the mediator to resolve the case. All parties believe that this additional time is required in order to determine whether the case can be settled.

DATED at Anchorage, Alaska, this 26th day of October, 2007.

HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
Attorneys for Defendants Strand Hunt
Construction, Inc. and St. Paul Fire and
Marine Insurance Company

By:   s/Frank A. Pfiffner
Frank A. Pfiffner
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone:  (907) 274-7522
Facsimile:  (907) 263-8320
FAP@hpglaw.net
ABA No. 7505032

Stipulation To Extend Deadlines
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/264710)

DATED at Fairbanks, Alaska, this 26th day of October, 2007.

        LAW OFFICES OF JOSEPH W. SHEEHAN
        Attorneys for Plaintiff, Kalen & Associates, Inc., d/b/a Chena River Surveys, Inc.

        By:   s/Joseph W. Sheehan (consent)
               Joseph W. Sheehan
               PO Box 70906
               Fairbanks, Alaska 99707
               Telephone: (907) 456-6090
               Facsimile: (907) 451-6070
               sheehanlaw@mosquitonet.com
               ABA No. 7004024

DATED at Anchorage, Alaska, this 26th day of October, 2007.

        BURR, PEASE & KURTZ
        Attorneys for Plaintiff, Kalen & Associates, Inc., d/b/a Chena River Surveys, Inc.

        By:   s/Nelson G. Page (consent)
               Nelson G. Page
               810 N Street, Suite 300
               Anchorage, Alaska 99501
               Telephone: (907) 276-6100
               Facsimile: (907) 258-2530
               ngp@bpk.com
               ABA No. 7911121

Stipulation To Extend Deadlines
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/264710)

Certificate of Service

      I hereby certify that on October 26, 2007, a copy of the Stipulation To Extend Deadline was served electronically on:

Joseph W. Sheehan
P.O. Box 70906
Fairbanks, AK  99707

Nelson G. Page
Burr, Pease & Kurtz
810 N Street, Suite 300
Anchorage, AK  99501

s/Frank A. Pfiffner

Stipulation To Extend Deadlines
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/264710)