IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of KALEN & ASSOCIATES, INC., d/b/a CHENA SURVEYS, INC.<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>STRAND HUNT CONSTRUCTION, INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br><br>　　　　　　　Defendants. | 4:06-cv-00021-JWS |

## ORDER

Having reviewed the October 26, 2007 Stipulation to Extend Deadline, and being otherwise fully advised in the premises,

IT IS SO ORDERED, that discovery shall be extended for a period of sixty days from October 26, 2007 to December 26, 2007.

DATED this 29th day of October 2007.

　　　　　　　　　　　　　　　　　　　/s/ John W. Sedwick
　　　　　　　　　　　　　　　　　　　Judge of the U.S. District Court