Law Office of
Joseph W. Sheehan
PO Box 70906
Fairbanks Alaska, 99707
Counsel for Plaintiff
(907)456-6090
(907)451-6070 (facsimile)
sheehanlaw@mosquitonet.com

**UNITED STATES COURT FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| KALEN & ASSOCIATES, INC., d/b/a CHENA SURVEYS, INC.<br><br>        Plaintiff<br><br>  vs.<br><br>STRAND HUNT CONSTRUCTION, CO. and, ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br><br>        Defendants | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. <u>4:06-cv-21</u><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR SUMMARY JUDGMENT**

    COMES NOW, PLAINTIFF Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. by and through its attorney, Joseph W. Sheehan, and moves this Court for an order granting summary judgment on both liability and damages as to Counts I and II. This motion is filed pursuant to the provisions of Civil Rule 56 and is supported by the memorandum submitted herewith and the documents and affidavits

attached thereto.

DATED this 3rd day of December, 2007.

<pre>
                              s/Joseph W. Sheehan
                              Joseph W. Sheehan
                              P.O. Box 70906
                              Fairbanks Alaska 99707
                              (907) 456-6090
                              (907) 451-6070
                              sheehanlaw@mosquitonet.com
                              ABA No. 7004024
</pre>

<u>Certificate of Service</u>

I hereby certify that on 3rd day of December, 2007, a copy of Plaintiff's Answer to Strand Hunt Construction, Co.'s Amended Counterclaim and Plaintiffs' Counterclaim Against Strand Hunt Construction Co. and St. Paul Fire and Marine Insurance Company was served electronically on:

Frank A. Pfiffner, Esq.
3900 C Street, Suite 1001
Anchorage Alaska 99503
E-Mail: fap@hbplaw.net

Nelson G. Page, Esq.
Burr, Pease & Kurtz, PC
810 N. Street
Anchorage Alaska 99501
E-Mail: ngp@bpk.com


<u>s/Deborah L. Watson</u>