Law Office of
Joseph W. Sheehan
PO Box 70906
Fairbanks Alaska, 99707
Counsel for Plaintiff
(907)456-6090
(907)451-6070 (facsimile)
sheehanlaw@mosquitonet.com

## UNITED STATES COURT FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KALEN & ASSOCIATES, INC., d/b/a CHENA SURVEYS, INC.<br><br>Plaintiff<br><br>vs.<br><br>STRAND HUNT CONSTRUCTION, CO. and, ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. <u>4:06-cv-21</u><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER GRANTING SUMMARY JUDGMENT
(Proposed)

IT APPEARING THAT Plaintiff Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. (KAI) has filed a motion for summary judgment as to Counts I and II of its complaint;

IT FURTHER APPEARING THAT KAI provided survey services in conjunction with the Joint Security Force Complex project (JSFC

project) contract: USACE Alaska Dist. — CEPOA-CO-NA-Contract #W911KP-04-C-0008;

IT FURTHER APPEARING THAT KAI's survey services were in conformance with the Grading, Drainage and Landscape Plan;

IT FURTHER APPEARING THAT Defendant Strand Hunt Construction Co. (SHC) billed the U.S. Government for the survey services performed by KAI on the JSFC project;

IT FURTHER APPEARING THAT the Government has paid SHC for KAI's survey services on the JSFC project;

IT FURTHER APPEARING THAT there are no genuine issues of material fact in dispute;

WHEREFORE, the Court enters Judgment in favor of Kalen & Associates, Inc. d/b/a Chena Surveys, Inc. and against Strand Hunt Construction Co. and St. Paul Fire and Marine Insurance Company on Plaintiff's Amended Complaint, Counts I and II, in the amount of FIFTY EIGHT THOUSAND EIGHT HUNDRED TWO DOLLARS AND FIFTY CENTS ($58,802.50), together with prejudgment interest.

DATED this _____ day of _____, 20___.

                                                               _____
                                                                    John W. Sedwick
                                                      Judge of the U.S. District Court

Order for Summary Judgment
Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. v Strand Hunt Construction
and St. Paul Travelers
Case No. 4:06-cv-21                                                                       Page 2