| SOLICITATION, OFFER, AND AWARD (Construction, Alteration, or Repair) | 1. SOLICITATION NUMBER AM#1...03 DACA85-04-R-0035 AM#1 | 2. TYPE OF SOLICITATION<br>☐ SEALED BID (IFB)<br>☒ NEGOTIATED (RFP) | 3. DATE ISSUED 20 Nov 03 | PAGE OF PAGES |

IMPORTANT – The "offer" section on the reverse must be fully completed by the offeror.

| 4. CONTRACT NUMBER W911KB-04-C-0008 | 5. REQUISITION/PURCHASE REQUEST NUMBER | 6. PROJECT NUMBER |

| 7. ISSUED BY   CODE   DACA85 | 8. ADDRESS OFFER TO |
| US ARMY ENGINEER DISTRICT, ALASKA<br>CEPOA-CT (DACA85)<br>PO BOX 6898<br>ANCHORAGE, AK 99506-6898 | US Army Engineer District, Alaska<br>2204 3rd Street<br>Elmendorf AFB, Alaska 99506<br><br>Mailing: PO Box 6898<br>Anchorage, AK 99506-6898 |

| 9. FOR INFORMATION CALL | A. NAME JUNE L WOHLBACH | B. TELEPHONE NUMBER (include area code) (NO COLLECT CALLS) (907)753-5624 / email june.l.wohlbach@usace.army.mil |

SOLICITATION

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS (Title, identifying number, date):

NAICS: 236210 - Industrial Building Design/Construct
PROJECT TITLE/LOCATION: Design/Construct Joint Security Forces Complex, Eielson AFB, Alaska
OPEN TO LARGE AND SMALL BUSINESSES
DESCRIPTION OF WORK: This will be a design/construct contract. The proposed new facility will combine the security forces operations for the 168th Air National Guard and 354th AcqSw Duty in one consolidated facility. Functional areas include vehicle bay, mobility supply, armory, command and control, classrooms, weapons training rooms, offices, etc. Responders are advised that the requirements may be delayed, cancelled or revised at any time during the solicitation, selection, evaluation, negotiation, and/or final award process based on decisions related to DOD changes and disposition of the Armed Services. The solicitation will be provided free of charge electronically through our website: https://ebs.poa.usace.army.mil/AdvertisedSolicitations.asp


AM#1...**CONTRACT AWARD CONTINGENT UPON AVAILABILITY OF FUNDS**...AM#1


11. The Contractor shall begin performance within **10** calendar days and complete it within _____ calendar days after receiving ☐ award, ☒ notice to proceed. This performance period is ☒ mandatory, ☐ negotiable. (See SCR-1 (also calendar days))

12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE PAYMENT BONDS? If "YES," indicate within how many calendar days after award in item 12B.
☒ YES   ☐ NO
12B. CALENDAR DAYS: 10

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and **See Section 00100, Para III General Requirements** copies to perform the work required are due at the place specified in Item 8 by 2:00 PM standard local time on AM#2...13-Jan-04 23 Jan 04...AM#2 If this is a sealed bid solicitation, offers will be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☒ is, ☐ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than **60** calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

STANDARD FORM 1442 (REV. 4-85) (EG)
Prescribed by GSA - FAR (48 CFR) 53.236-1(d)

**16. NAME AND ADDRESS OF OFFEROR** (Include ZIP Code) **Cage Code** ORW24

Strand Hunt Construction, Inc.
12900 N. E. 180th Street, Suite 220
Bothell, WA 98011-5773
Tax ID: 91-0612548  Duns No. 00282458
Email: chuckm@strandhunt.com

**15. TELEPHONE NUMBER** (Include area code)
(425) 488-1954  (425) 488-0757 Fax

**16. REMITTANCE ADDRESS** (Include only if different than item 16)

**CODE** _____ **FACILITY CODE** _____

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within **60** calendar days after the date offers are due. (Insert any number equal or greater than the minimum requirement stated in 13D. Failure to insert any number means the offeror accepts the minimum in item 13D.)

**AMOUNTS ▶** See Proposal Schedule

18. The offeror agrees to furnish any required performance and payment bonds.

**19. ACKNOWLEDGEMENT OF AMENDMENTS**
(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)

| AMENDMENT NO. | R0001 | R0002 | R0003 | R0004 | R0005 |
|---|---|---|---|---|---|
| DATE | 12/15/03 | 12/19/03 | 1/8/04 | 1/21/04 | 1/21/04 |

**20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER** (Type or print)
Rollie E. Hunt, President

**20B. SIGNATURE** /s/ Rollie E. Hunt

**20C. OFFER DATE**

(Corporate Seal: Strand Hunt Construction, Inc. 1928 Washington)

**AWARD** (To be completed by Government)

**ITEMS ACCEPTED**
Original offer dated 23 Jan 04, Volumes 1 & 2 except for Volume 1, Tab A4, Past Performance, and Volume 2, Tab B, Betterments 1 & 2. Contractor provided betterments and innovations are accepted. Contract items 0001, 0002, 0003, 0005, 0006, & 0008

**22. AMOUNT** $14,139,500.00

**23. ACCOUNTING AND APPROPRIATION DATA**
WC1JUW40552566 57NA20043300.0000J42004 08
808132100000000 95507 3230 53JKHB

**24. SUBMIT INVOICES TO ADDRESS SHOWN IN** (4 copies unless otherwise specified) **ITEM** 26

**25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO**
☐ 10 U.S.C. 2304(c)( )   ☐ 41 U.S.C. 253(c)( )

**25. ADMINISTERED BY** **CODE** _____
USACE, Alaska District
ATTN: CEPOA-CO-NA
POB 35066
Fairbanks, AK  99703-0056

**27. PAYMENT WILL BE MADE BY**
USACE, Alaska District
c/o Finance Center
5780 Integrity Drive
Millington, TN  38054-5005

**CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE**

☒ 28. NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ___1___ copies to the issuing office.) Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract.

☐ 29. AWARD (Contractor is not required to sign this document.) Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

**30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN** (Type or print)
Rollie E. Hunt, President

**31A. NAME OF CONTRACTING OFFICER** (Type or print)
CLAUDETTE M. McDONALD

**30B. SIGNATURE** /s/ Rollie E. Hunt  **30C. DATE** 2/26/04

**31B. UNITED STATES OF AMERICA**
BY /s/ Claudette M. McDonald

**31C. AWARD DATE** 2/27/04

STANDARD FORM 1442 BACK (REV. 4-85)

**Exh. B, p. 2 of 3**

SHC000216

01/30/2004 02:38PM FROM-STRAND HUNT CONSTRUCTION 4254880757 T-311 P.04/04 F-285

## CONTRACT SCHEDULE

Contract No. W911KB-04-C-0008
Design/Construct Joint Security Complex
Eielson AFB, Alaska
**NO BETTERMENTS ARE AWARDED ON THIS CONTRACT**

| Item No. | Description | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 0001 | Design Security Forces Complex, complete | 1 | Lump sum | $2,450,000.00 | $2,450,000.00 |
| 0002 | Construct Security Forces Complex within the building 1.5 meter lines, complete | 1 | Lump sum | $9,045,000.00 | $9,045,000.00 |
| 0003 | Construct site work and utilities beyond the building 1.5 meter lines, complete | 1 | Lump sum | $2,600,000.00 | $2,600,000.00 |
| 0005 | Pallet racks in AD Mobility Bay, complete | 1 | Lump sum | $6,000.00 | $6,000.00 |
| 0007 | Ceiling fans (90) at offices, breakrooms and other identified locations, complete | 1 | Lump sum | $30,000.00 | $30,000.00 |
| 0008 | Six (6) CCTV cameras and two (2) monitors, complete | 1 | Lump sum | $8,500.00 | $8,500.00 |
| | | | | **TOTAL OF ALL AWARDED ITEMS 0001-0006** | **$14,139,500.00** |
| 0004 | OPTION: Radiant floor heat in both Mobility Bays and Parking Garage, complete | 1 | Lump sum | $200,000.00 | $0.00 |
| 0006 | OPTION: Demolition of three (3) separate buildings, complete | 1 | Lump sum | $230,000.00 | $0.00 |
| | | | | **TOTAL OF ALL OPTIONAL ITEMS 0007-0008** | **$430,000.00** |
| | | | | **TOTAL OF ALL ITEMS 0001-0010** | **$14,569,500.00** |