```
Law Office of
Joseph W. Sheehan
PO Box 70906
Fairbanks Alaska, 99707
Counsel for Plaintiff
(907)456-6090
(907)451-6070 (facsimile)
sheehanlaw@mosquitonet.com
```

**UNITED STATES COURT FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| KALEN & ASSOCIATES, INC., d/b/a CHENA SURVEYS, INC.<br><br>Plaintiff<br><br>vs.<br><br>STRAND HUNT CONSTRUCTION, CO. and, ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)CIVIL ACTION NO. 4:06-cv-21<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF PATRICK KALEN**

State of Alaska              )
                             )SS
Fairbanks North Star Borough )

My name is Patrick Kalen. I am the President of Kalen & Associates, Inc. the President of Chena Surveys, Inc. (KAI), and have personal knowledge of the matters set forth in this affidavit.

On or about January 22, 2004, Strand Hunt Construction Co.

```
AFFIDAVIT OF PATRICK KALEN
Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. v Strand Hunt Construction
and St. Paul Travelers
Case No. 4:06-cv-21                                                    Page 1
```

(SHC) contacted me, through Carl and Tim Jauhola, requesting a proposal for KAI's survey services in conjunction with the construction of the Eielson AFB Joint Security Force Complex Project (JSFC Project), Contract No. USACE Alaska District – CEPOA-CO-NA-Contract #W911KP-04-C-0008. KAI quoted specific survey services for a lump sum and extras on an hourly rates basis. SHC accepted KAI's proposal of THIRTY NINE THOUSAND FIVE HUNDRED DOLLARS ($39,500) for "Construction Survey" work. See, App. 1.

No written contract was ever entered into between KAI and SHC concerning survey services for the JSFC project. During the course of the work, SHC requested additional services, which were billed on an hourly basis. Copies of the billings, showing the lump sum and hourly charges are attached as App. 2. The "work orders" are for extra work billed at hourly rates. The total billings for the JSFC project were SIXTY SIX THOUSAND FIVE HUNDRED THIRTY SEVEN DOLLARS AND FIFTY CENTS ($66,537.50), excluding service charges, interest and legal fees. Of these total billings, SHC has paid SEVEN THOUSAND SEVEN HUNDRED THIRTY-FIVE DOLLARS ($7,735). The present remaining outstanding balance due for the JSFC project is FIFTY EIGHT THOUSAND EIGHT HUNDRED TWO DOLLARS AND FIFTY CENTS ($58,802.50).

When the lawsuit in this litigation was filed, my office erred

AFFIDAVIT OF PATRICK KALEN
Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. v Strand Hunt Construction and St. Paul Travelers
Case No. 4:06-cv-21                                                              Page 2

Exh. D, p. 2 of 5

in calculating the amount due. After reviewing the amounts billed and the amounts paid, the correct amount due is FIFTY EIGHT THOUSAND EIGHT HUNDRED TWO DOLLARS AND FIFTY CENTS ($58,802.50).

Starting in the spring of 2004 through the summer of 2005, KAI provided survey services in conjunction with the JSFC project. These survey services encompassed the following: 1. a topographic survey; 2. layout of the building grid lines; 3. staking the excavation for the building, parking lot and approaches, front yard and dike; 4. staking the location of utilidors; 5. staking subgrade and final grade for the parking lot and driveways; and, 6. staking the location of light poles. KAI's survey services were performed in accordance with the JSFC project Grading, Drainage and Landscape Plan. Since completion of the JSFC project, and since the filing of this litigation, I have rechecked the accuracy of KAI's survey services provided in conjunction with the JSFC project and confirmed that the location of all survey points, including those set for the swale beside the Wabash Avenue approach to the parking area, are consistent with the Grading, Drainage and Landscape Plan provided by the Corps of Engineers. No one has identified any survey services provided by KAI, which were not in conformance with the Grading, Drainage and Landscape Plan. Prior to this litigation, neither SHC (nor a representative of SHC),

AFFIDAVIT OF PATRICK KALEN
Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. v Strand Hunt Construction and St. Paul Travelers
Case No. 4:06-cv-21                                                            Page 3

Exh. D, p. 3 of 5

Design Alaska (nor a representative of Design Alaska), nor Exclusive (nor a representative of Exclusive) ever complained that KAI's survey services were unacceptable, untimely, or not in conformance with the Grading, Drainage and Landscape Plan. Similarly, no one ever objected or disputed any of KAI's billing statements. The first time any such issue was ever raised concerning the JSFC project, was when SHC filed its Amended Answer to Amended Complaint and Counterclaim (February 9, 2007).

KAI's last day of work on the JSFC project was July 20, 2005. As part of the survey services, KAI agreed to provide as part of the Thirty Nine Thousand Five Hundred Dollars ($39,500) lump sum price, I personally went to the job site and confirmed that the survey services provided were in accordance with the Grading Draining and Landscape Plan. As is self evident, this lawsuit was filed within one year from the last day that services were provided. This suit was filed to collect the amount SHC owes for KAI's survey services, all of which has been due for more than ninety (90) days.

KAI also provided survey services to SHC on another project, the Eielson CHPP Baghouse Project, Contract No. DACA85-03-0007 (Baghouse Project). The Baghouse Project and the JSFC project are two separate and independent projects.

AFFIDAVIT OF PATRICK KALEN
Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. v Strand Hunt Construction and St. Paul Travelers
Case No. <u>4:06-cv-21</u>                                                                Page 4

Further your affiant says not.

Dated this __3rd__ day of __December__, 2007.

_____
Patrick Kalen

SUBSCRIBED and Sworn to before me this __3rd__ day of __December__, 2007



_____
Notary Public in and
for the State of Alaska
My Commission Expires: __9-11-08__

AFFIDAVIT OF PATRICK KALEN
Kalen & Associates, Inc., d/b/a Chena Surveys, Inc. v Strand Hunt Construction
and St. Paul Travelers
Case No. 4:06-cv-21                                                    Page 5