# KALEN & ASSOCIATES, INC. : *Engineers & Surveyors*
## d/b/a/ CHENA SURVEYS, INC. *Construction Surveyors*
*1041 Chena Ridge Road * Fairbanks, Alaska 99709 * (907) 479-2628 / Fax (907) 479-8830*

January 22 2004

TO: ~~Harold Hunt~~ General Contractors

Ref: Eielson AFB Secuity Forces Complex ~~Design/Build~~
DACA85-03-R-0033

We are pleased to quote surveying services for the above project as outlined below.
For Design:
* Control
* Topographic survey of site and building footprint
* AutoCAD Topographic drawing of site
* Computer Tech

Subtotal for Design phase survey                                $ 18,000.00

For Construction: Scope of Services :
* Stake site excavation, grading, drainage, backfill
* Stake trenches for UG utilities; utilidor
* Stake excavation & backfill for building
* Control offset for columns, footings grids for building
* Stake curb/gutters/sidewalks
* Stake roads, parking area, driveways
* Set Hubs for D-1 and pavement surfacing
* Stake exterior Site Lighting where dimensioned; stake fence.
* As-built survey
* Computer/Office Tech.

Sub-total, Construction Survey:                                 $39,500.00

Per Proposal Schedule Format:

| | |
|---|---|
| ~~Item No. 0001 – Design Complex, complete – Survey & CADD~~ | ~~$ 18,000.00~~ |
| Item No. 0002 – Construct bldg. within 1.5 m. – Survey | 15,000.00 |
| Item No. 0003 – Construct site work & utilities outside 1.5 m. – Survey | 24,500.00 |

Total, Items 1 – 3, Surveying                                   $ 57,500.00

**Notes and exclusions:**
- Bid excludes work inside building. Can be done hourly, if desired
- Bid excludes giving line & grade for setting pipe or utilidor installation. Can be done hourly.
- Bid excludes maintenance of stakes, or replacement of stakes destroyed by others.
   Replacement of stakes can be done hourly, or at an agreed-upon price.
- Bid excludes Grade Checking services; bid assumes Contractor will have a Grade Checker
   on site for the duration of the project, or can be done hourly.
- We require a digital file of the relevant plan sheets in AutoCAD prior to start-up of
   Construction field work, plus 2 readable paper copies of relevant plans & specs.
- Work will be supervised by an Alaskan Professional Land Surveyor.