

**CSI** CHENA SURVEYS. INC.

A Subsidiary of Kalen & Associates, Inc.
1841 Chena Ridge Road, Fairbanks, AK 99709-5702
(907) 479-2628, Fax (907) 479-8830

July 20, 2004

To:   Strand-Hunt Construction, Inc.
      Attn:  Tim Jauhola
      FAX 372-1713

Ref:  Joint Security Forces Complex, Eielson AFB
      DACA85-03-R-0033
      Our Project No. 2004004
      **Pay Estimate No. 001**

Invoice 2004004-001

**Pay Estimate 001 - through July 20, 2004.**

Per Contract = $39,500.00

Survey Items Complete = 75%; 75% of $39,500 =                 $ 29,625.00

Add:  Work Orders 001 - 010 (Attached)
Work Order 001     =     $ 1,320.00
Work Order 002     =       1,605.00
Work Order 003     =       1,155.00
Work Order 004     =       1,155.00
Work Order 005     =       1,155.00
Work Order 006     =         990.00
Work Order 007     =       1,237.50
Work Order 008     =       1,320.00
Work Order 009     =       1,320.00
Work Order 010     =         760.00

Work Order Subtotal:      $12,017.50          $ 12,017.50

**Total due this Pay Estimate 001:**          **$ 41,642.50**

Please pay from this invoice.
Terms: Payment on receipt or when paid by Owner.
Thank you.

Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.



**CSI** CHENA SURVEYS, INC.

A Subsidiary of Kalen & Associates, Inc.
1041 Chena Ridge Road, Fairbanks, AK 99709-5702
(907) 479-2628, Fax (907) 479-8830

October 14, 2004

To:   Strand-Hunt Construction, Inc.
      Attn: Tim Jauhola
      FAX 372-1713

Ref:  Joint Security Forces Complex, Eielson AFB
      DACA85-03-R-0033
      Our Project No. 2004004
      **Pay Estimate No. 002**

                                          Invoice 2004004-002

---

**Pay Estimate 002 - from July 21, 2004 through October 14, 2004.**

Per Contract = $39,500.00

| | | |
|---|---|---|
| Survey Items Complete = 85%;  85% of $39,500 = | | $ 33,575.00 |
| **Less Invoice 001 (Still Unpaid )** | | -  29,625.00 |
| Current Due from Contract: | | $  3,950.00 |
| Add: Work Orders 011 - 017  (Attached) | | |
| Work Order 011 | =   $ 1,415.00 | |
| Work Order 012 | =     1,415.00 | |
| Work Order 013 | =     1,072.50 | |
| Work Order 014 | =     1,320.00 | |
| Work Order 015 | =       990.00 | |
| Work Order 016 | =       412.50 | |
| Work Order 017 | =       660.00 | |
| Work Order Subtotal: | $ 7,285.00 | $ 7,285.00 |

**Total due this Invoice/Pay Estimate 002:**               **$11,235.00**
Please pay from this Invoice/Pay Estimate
Terms: Payable on receipt.

PLEASE NOTE:

| | |
|---|---|
| **Invoice 001 from Contract Still Unpaid  =** | $ 29,625.00 |
| **Plus: Invoice 001 Work Orders 001 - 010 (Still Unpaid)  =** | 12,017.50 |
| **Total Past Due from Pay Estimate 001 (copy attached)** | $ 41,642.50 |

Thank you.

Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.

**CSI 5001**
**App. 2, p. 2 of 31**

 

A Subsidiary of Kalen & Associates, Inc.
1041 Chena Ridge Road, Fairbanks, AK 99709-5702
(907) 479-2628, Fax (907) 479-8830

June 3, 2005

To:   Strand-Hunt Construction, Inc.
      Attn:  Rollie Hunt

      FAX 372-1713

Ref:  Joint Security Forces Complex, Eielson AFB
      DACA85-03-R-0033
      Our Project No. 2004004
      **Pay Estimate No. 003**

                                                    Invoice 2004004-003

---

**Pay Estimate 003 – October 15, 2004 through November 15, 2004.**

**Unpaid balance as of October 14, 2004**            $52877.50

**Service charge for**
**October 15 2004 through November 15, 2004**         $793.16

**Total Due Pay Estimate 003:**                      $53,670.66
Thank you.

Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.

CSI 5003
App. 2, p. 3 of 31



# CSI CHENA SURVEYS, INC.

A Subsidiary of Kalen & Associates, Inc.
1041 Chena Ridge Road, Fairbanks, AK 99709-5702
(907) 479-2628, Fax (907) 479-8830

June 3, 2005

To:    Strand-Hunt Construction, Inc.
       Attn: Rollie Hunt

       FAX 372-1713

Ref:   Joint Security Forces Complex, Eielson AFB
       DACA85-03-R-0033
       Our Project No. 2004004
       **Pay Estimate No. 004**

                                                          Invoice 2004004-004

---

**Pay Estimate 004 – November 15, 2004 through December 15, 2004.**

| | |
|---|---|
| **Unpaid balance as of November 15, 2004** | $53670.66 |
| **Service charge for** **November 15, 2004 through December 15, 2004** | $805.06 |
| **Total Due Pay Estimate 004:** | $54,475.72 |

Thank you.

Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.



**CSI** CHENA SURVEYS, INC.

A Subsidiary of Kalen & Associates, Inc.
1041 Chena Ridge Road, Fairbanks, AK 99709-5702
(907) 479-2628, Fax (907) 479-8830

June 3, 2005

To:   Strand-Hunt Construction, Inc.
      Attn: Rollie Hunt

      FAX 372-1713

Ref:  Joint Security Forces Complex, Eielson AFB
      DACA85-03-R-0033
      Our Project No. 2004004
      **Pay Estimate No. 005**

                                          Invoice 2004004-005

---

**Pay Estimate 005 – December 15, 2004 through January 15, 2005.**

| | |
|---|---|
| **Unpaid balance as of December 15, 2004** | $54,475.72 |
| **Service charge for**<br>**December 15, 2004 through January 15, 2005** | $817.14 |
| **Total Due Pay Estimate 005:** | $55292.86 |

Thank you.


Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.



**CSI** **CHENA SURVEYS, INC.**

A Subsidiary of Kalen & Associates, Inc.
1041 Chena Ridge Road, Fairbanks, AK 99709-5702
(907) 479-2628, Fax (907) 479-8830

June 3, 2005

To:  Strand-Hunt Construction, Inc.
     Attn: Rollie Hunt

     FAX 372-1713

Ref: Joint Security Forces Complex, Eielson AFB
     DACA85-03-R-0033
     Our Project No. 2004004
     **Pay Estimate No. 006**

                                              Invoice 2004004-006

**Pay Estimate 006– January 15, 2005 through February 15, 2005.**

**Unpaid balance as of January 15, 2005**          $55,292.86

**Service charge for**
**January 15, 2005 through February 15, 2005**        $829.39

**Total Due Pay Estimate 006:**                    $56,122.25
Thank you.

Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.



**CSI** CHENA SURVEYS, INC.

A Subsidiary of Kalen & Associates, Inc.
1041 Chena Ridge Road, Fairbanks, AK 99709-5702
(907) 479-2628, Fax (907) 479-8830

June 3, 2005

To:   Strand-Hunt Construction, Inc.
      Attn:  Rollie Hunt

      FAX 372-1713

Ref:  Joint Security Forces Complex, Eielson AFB
      DACA85-03-R-0033
      Our Project No. 2004004
      **Pay Estimate No. 007**

                                                    Invoice 2004004-007

---

**Pay Estimate 007– February 15, 2005 through March 15, 2005.**

| | |
|---|---|
| **Unpaid balance as of February 15, 2005** | **$56,122.25** |
| **Service charge for** **February 15, 2005 through March 15, 2005** | **$841.83** |
| **Legal Fee:** | **$400.00** |
| **Total Due Pay Estimate 007:** | **$57,364.08** |

Thank you.

Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.

 **CSI** CHENA SURVEYS, INC.

A Subsidiary of Kalen & Associates, Inc.
1041 Chena Ridge Road, Fairbanks, AK 99709-5702
(907) 479-2628, Fax (907) 479-8830

June 3, 2005

To:    Strand-Hunt Construction, Inc.
       Attn: Rollie Hunt

       FAX 372-1713

Ref:   Joint Security Forces Complex, Eielson AFB
       DACA85-03-R-0033
       Our Project No. 2004004
       **Pay Estimate No. 008**

                                                    Invoice 2004004-008

---

**Pay Estimate 008– March 15, 2005 through April 15, 2005.**

| | |
|---|---|
| **Unpaid balance as of March 15, 2005** | **$56,964.08** |
| **Service charge for** <br> **March 15, 2005 through April 15, 2005** | **$854.46** |
| **Legal Fee:** | **$400.00** |
| **Interest on Legal fees:** | **$6.00** |
| **Total Due Pay Estimate 008:** | **$58,224.54** |

Thank you.

Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.

 **CSI** CHENA SURVEYS, INC.

A Subsidiary of Kalen & Associates, Inc.
1041 Chena Ridge Road, Fairbanks, AK 99709-5702
(907) 479-2628, Fax (907) 479-8830

June 3, 2005

To:   Strand-Hunt Construction, Inc.
      Attn:  Rollie Hunt

      FAX 372-1713

Ref:  Joint Security Forces Complex, Eielson AFB
      DACA85-03-R-0033
      Our Project No. 2004004
      **Pay Estimate No. 009**

                                                  Invoice 2004004-009

---

**Pay Estimate 009–April 15, 2005 through May 15, 2005.**

| | |
|---|---|
| **Unpaid balance as of April 15, 2005** | **$57,818.54** |
| **Service charge for** April 15, 2005 through May 15, 2005 | **$867.28** |
| **Unpaid balance of Legal fees:** | **$406.00** |
| **Interest on Legal fees:** | **$6.09** |
| **Total Due Pay Estimate 009:** | **$59,097.91** |

Thank you.

Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.



**CSI    CHENA    SURVEYS,    INC.**

A Subsidiary of Kalen & Associates, Inc.
1041 Chena Ridge Road, Fairbanks, AK 99709-5702
(907) 479-2628, Fax (907) 479-8830

June 3, 2005

To:    Strand-Hunt Construction, Inc.
       Attn:  Rollie Hunt

       FAX 372-1713

Ref:   Joint Security Forces Complex, Eielson AFB
       DACA85-03-R-0033
       Our Project No. 2004004
       **Pay Estimate No. 010**

                                            Invoice 2004004-010

---

**Pay Estimate 010– May 15, 2005 through June 15, 2005.**

| | |
|---|---|
| **Unpaid balance as of May 15, 2005** | **$58,685.82** |
| **Service charge for** | |
| **May 15, 2005 through June 15, 2005** | **$880.29** |
| **Unpaid balance of Legal fees:** | **$412.09** |
| **Interest on Legal fees:** | **$6.18** |
| **Total Due Pay Estimate 010:** | **$59,984.38** |

Thank you.

Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.

 

A Subsidiary of Kalen & Associates, Inc.
1041 Chena Ridge Road, Fairbanks, AK 99709-5702
(907) 479-2628, Fax (907) 479-8830

July 15, 2005

To:   Strand-Hunt Construction, Inc.
      Attn:  Rollie Hunt

      FAX 372-1713

Ref:  Joint Security Forces Complex, Eielson AFB
      DACA85-03-R-0033
      Our Project No. 2004004
      **Pay Estimate No. 011**

                                        Invoice 2004004-011

**Pay Estimate 011– June 15, 2005 through July 15, 2005.**

| | |
|---|---|
| **Unpaid balance as of July 15, 2005** | $59,566.11 |
| **Service charge for**<br>**June 15, 2005 through July 15, 2005** | $893.49 |
| **Unpaid balance of Legal fees:** | $418.27 |
| **Interest on Legal fees:** | $6.27 |
| **Total Due Pay Estimate 011:**<br>Thank you. | $60,884.14 |

Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.

**CSI 5012**
**App. 2, p. 11 of 31**

 

**A Subsidiary of Kakas & Associates, Inc.**
**1041 Chena Ridge Road, Fairbanks, AK 99709-5702**
**(907) 479-2628,  Fax (907) 479-8830**

July 16, 2005

To:  Strand-Hunt Construction, Inc.
     Attn:  Rollie Hunt

     FAX 372-1713

Ref:  **Joint Security Forces Complex, Eielson AFB**
      **DACA85-03-R-0033 / P.O. # 103925**
      **Our Project No. 2004004**
      **Pay Estimate No. 012**

                                        Invoice 2004004-012

**Pay Estimate 012 – June 12, 2005 through July 16, 2005.**

**From Original Contract:**
Per Contract  =  $39,500.00

Survey Items Complete from contract = 95%;  95% of $39,500        $ 37,535.00
Less previously invoiced from contract                         -    33,575.00

Due this invoice from Contract:                                   $ 3,950.00

**Add: Work Orders for this period:**
Work  Order #018         $ 1,155.00
Work Order #019            1,320.00
Work Order #020              990.00
Work Order #021              570.00

Work Order subtotal:     $ 4,035.00                               $ 4,035.00

**Add:** Additional Work for extra Bluetops for
        Additional paving on parking lot, per agreement           $ 3,700.00

Total due this Invoice:                                           $11,685.00
Please pay from this Invoice.
Thank you

Please Note:  This Invoice is in addition to the past due Invoices on this project from last year.


Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.

 

A Subsidiary of Kalen & Associates, Inc.
1041 Chena Ridge Road, Fairbanks, AK 99709-5702
(907) 479-2628, Fax (907) 479-8830

August 15, 2005

To:  Strand-Hunt Construction, Inc.
     Attn:  Rollie Hunt

     FAX 372-1713

Ref:  Joint Security Forces Complex, Eielson AFB
      DACA85-03-R-0033
      Our Project No. 2004004
      **Pay Estimate No. 013**

                                        Invoice 2004004-013

---

**Pay Estimate 011– July 15, 2005 through August 15, 2005.**

| | |
|---|---|
| **Unpaid balance as of August 15, 2005** | **$60,459.60** |
| **Plus Pay Estimate No. 012 for 95% of contract.** | <u>3,950.00</u> |
| **Total** | **$64,409.60** |
| **Service charge for** | |
| **July 15, 2005 through August 15, 2005** | **$966.14** |
| | |
| **Unpaid balance of Legal fees:** | **$424.54** |
| **Interest on Legal fees:** | **$6.37** |
| | |
| **Total Due Pay Estimate 011:** | **$65,806.65** |

Thank you.


Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.

 

A Subsidiary of Kalen & Associates, Inc.
1041 Chena Ridge Road, Fairbanks, AK 99709-5702
(907) 479-2628, Fax (907) 479-8830

August 30, 2005

To:     Strand-Hunt Construction, Inc.
        Attn: Rollie Hunt

        FAX 372-1713

Ref:    **Joint Security Forces Complex, Eielson AFB**
        **DACA85-03-R-0033 / P.O. # 103925**
        **Our Project No. 2004004**
        **Pay Estimate No. 014**

                                    Invoice 2004004-014

**Pay Estimate 012 – July 16, 2005 through August 30, 2005.**

**From Original Contract:**
Per Contract = $39,500.00

Survey Items Complete from contract = 100%; 100% of $39,500      $ 39,500.00
Less previously invoiced from contract                        -     37,525.00

Due this invoice from Contract:                               $   1,975.00

Please pay from this Invoice.
Thank you

Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.

 

A Subsidiary of Kalen & Associates, Inc.
1041 Chena Ridge Road, Fairbanks, AK 99709-5702
(907) 479-2628, Fax (907) 479-8830

September 15, 2005

To:   Strand-Hunt Construction, Inc.
      Attn: Rollie Hunt

      FAX 372-1713

Ref:   Joint Security Forces Complex, Eielson AFB
      DACA85-03-R-0033
      Our Project No. 2004004
      **Pay Estimate No. 015**

                                        Invoice 2004004-015

---

**Pay Estimate 015–August 15, 2005 through September 15, 2005.**

| | |
|---|---|
| **Unpaid balance as of September 15, 2005** | **$65,375.74** |
| **Service charge for** | |
| **August 15, 2005 through September 15, 2005** | **$980.63** |
| **Unpaid balance of Legal fees:** | **$430.91** |
| **Interest on Legal fees:** | **$6.37** |
| **Total Due Pay Estimate 015:** | **$66,793.65** |

Thank you.

Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.

**CSI 5017**
**App. 2, p. 15 of 31**



**CSI** CHENA SURVEYS, INC.

A Subsidiary of Kaien & Associates, Inc.
1041 Chena Ridge Road, Fairbanks, AK 99709-5702
(907) 479-2628, Fax (907) 479-8830

October 15, 2005

To:   Strand-Hunt Construction, Inc.
      Attn: Rollie Hunt

      FAX 372-1713

Ref:   Joint Security Forces Complex, Eielson AFB
      DACA85-03-R-0033
      Our Project No. 2004004
      **Pay Estimate No. 016**

                                Invoice 2004004-016

---

**Pay Estimate 016–September 15, 2005 through October 15, 2005.**

| | |
|---|---|
| **Unpaid balance as of October 15, 2005** | **$66,356.37** |
| **Service charge for** | |
| **September 15, 2005 through October 15, 2005** | **$995.34** |
| **Unpaid balance of Legal fees:** | **$437.38** |
| **Interest on Legal fees:** | **$6.37** |
| **Total Due Pay Estimate 016:** | **$67,795.46** |

Thank you.

Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.

 

A Subsidiary of Kalen & Associates, Inc.
1041 Chena Ridge Road, Fairbanks, AK 99709-5702
(907) 479-2628, Fax (907) 479-8830

November 15, 2005

To:    Strand-Hunt Construction, Inc.
        Attn: Rollie Hunt

        FAX 372-1713

Ref:   Joint Security Forces Complex, Eielson AFB
        DACA85-03-R-0033
        Our Project No. 2004004
        **Pay Estimate No. 017**

Invoice 2004004-017

---

**Pay Estimate 017–October 15, 2005 through November 15, 2005.**

| | |
|---|---|
| **Unpaid balance as of November 15, 2005** | $67,351.71 |
| | |
| **Service charge for** | |
| **October 15, 2005 through November 15, 2005** | $ 1,010.27 |
| **Unpaid balance of Legal fees:** | $ 443.75 |
| **Interest on Legal fees:** | $6.37 |
| | |
| **Total Due Pay Estimate 017:** | $68,812.10 |

Thank you.

Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.


# CSI CHENA SURVEYS, INC.

A Subsidiary of Kalen & Associates, Inc.
1641 Chena Ridge Road, Fairbanks, AK 99709-5702
(907) 479-2628, Fax (907) 479-8830

December 15, 2005

To:  Strand-Hunt Construction, Inc.
     Attn:  Rollie Hunt

     FAX 372-1713

Ref:  Joint Security Forces Complex, Eielson AFB
      DACA85-03-R-0033
      Our Project No. 2004004
      **Pay Estimate No. 018**

                                        Invoice 2004004-018

---

**Pay Estimate 018–November 15, 2005 through December 15, 2005.**

| | |
|---|---|
| **Unpaid balance as of December 15, 2005** | **$68,361.99** |
| **Service charge for** | |
| **November 15, 2005 through December 15, 2005** | **$ 1,025.42** |
| **Unpaid balance of Legal fees:** | **$  450.12** |
| **Interest on Legal fees:** | **$6.37** |
| **Total Due Pay Estimate 018:** | **$69,843.90** |

Thank you.

Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.

 

A Subsidiary of Kalen & Associates, Inc.
1041 Chena Ridge Road, Fairbanks, AK 99709-5702
(907) 479-2628, Fax (907) 479-8830

January 12, 2006

To:    Strand-Hunt Construction, Inc.
       Attn: Rollie Hunt

       FAX 372-1713

Ref:   Joint Security Forces Complex, Eielson AFB
       DACA85-03-R-0033
       Our Project No. 2004004
       **Pay Estimate No. 019**

                                                    Invoice 2004004-019

---

**Pay Estimate 019–December 15, 2005 through January 15, 2006**

**Unpaid balance as of January 15, 2006**          $69,387.41

**Service charge for**
**December 15, 2005 through January 15, 2006**     $ 1,040.81
**Unpaid balance of Legal fees:**                  $   456.49
**Interest on Legal fees:**                        $6.37
                                                   ───────────
**Total Due Pay Estimate: 019**                    $70,891.08

Thank you.

Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.

 

A Subsidiary of Kalen & Associates, Inc.
1041 Chena Ridge Road, Fairbanks, AK 99709-5702
(907) 479-2628, Fax (907) 479-8830

February 16, 2006

To:    Strand-Hunt Construction, Inc.
       Attn:  Rollie Hunt

       FAX 372-1713

Ref:   Joint Security Forces Complex, Eielson AFB
       DACA85-03-R-0033
       Our Project No. 2004004
       **Pay Estimate No. 020**

                                                    Invoice 2004004-020

---

**Pay Estimate 020–January 15, 2006 through February 15, 2006**

| | |
|---|---|
| **Unpaid balance as of February 15, 2006** | $70,428.22 |
| | |
| **Service charge for** | |
| **January 15, 2006 through February 15, 2006** | $ 1,056.42 |
| **Unpaid balance of Legal fees:** | $   462.86 |
| **Interest on Legal fees:** | $6.37 |
| | |
| **Total Due Pay Estimate: 020** | $71,953.87 |

Thank you.

Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.



**CSI** CHENA SURVEYS, INC.

A Subsidiary of Kalen & Associates, Inc.
1041 Chena Ridge Road, Fairbanks, AK 99709-5702
(907) 479-2628, Fax (907) 479-8830

March 15, 2006

To:   Strand-Hunt Construction, Inc.
      Attn: Rollie Hunt

      FAX 372-1713

Ref:  Joint Security Forces Complex, Eielson AFB
      DACA85-03-R-0033
      Our Project No. 2004004
      **Pay Estimate No. 021**

                                             Invoice 2004004-021

---

**Pay Estimate 021–February 15, 2006 through March 15, 2006**

| | |
|---|---|
| **Unpaid balance as of March 15, 2006** | **$71,484.64** |
| **Service charge for** | |
| **February 15, 2006 through March 15, 2006** | **$ 1,072.27** |
| **Unpaid balance of Legal fees:** | **$   469.23** |
| **Interest on Legal fees:** | **$6.37** |
| **Total Due Pay Estimate: 021** | **$73,032.51** |

Thank you.

Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.

 

A Subsidiary of Kaien & Associates, Inc.
1041 Chena Ridge Road, Fairbanks, AK 99709-5702
(907) 479-2628,  Fax (907) 479-8830

April 14, 2006

To:     Strand-Hunt Construction, Inc.
        Attn:  Rollie Hunt

        FAX 372-1713

Ref:    Joint Security Forces Complex, Eielson AFB
        DACA85-03-R-0033
        Our Project No. 2004004
        **Pay Estimate No. 022**

                                          Invoice 2004004-022

---

**Pay Estimate 022–March 15, 2006 through April 15, 2006**

| | |
|---|---|
| **Unpaid balance as of April 15, 2006** | $72,556.91 |
| | |
| **Service charge for** | |
| **March 15, 2006 through April 15, 2006** | **$ 1,088.35** |
| **Unpaid balance of Legal fees:** | **$   475.60** |
| **Interest on Legal fees:** | **$6.37** |
| | |
| **Total Due Pay Estimate: 022** | **$74,127.23** |

Thank you.

Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.



**CSI** CHENA SURVEYS, INC.

A Subsidiary of Kalen & Associates, Inc.
1041 Chena Ridge Road, Fairbanks, AK 99709-5702
(907) 479-2628, Fax (907) 479-8830

May 15, 2006

To:    Strand-Hunt Construction, Inc.
       Attn:  Rollie Hunt

       FAX 372-1713

Ref:   Joint Security Forces Complex, Eielson AFB
       DACA85-03-R-0033
       Our Project No. 2004004
       **Pay Estimate No. 023**

                                    Invoice 2004004-023

---

**Pay Estimate 023–April 15, 2006 through May 15, 2006**

**Unpaid balance as of May 15, 2006**          $73,645.26

**Service charge for**
**April 15, 2006 through May 15, 2006**        $ 1,104.68
**Unpaid balance of Legal fees:**              $   481.97
**Interest on Legal fees:**                    $6.37
                                               _____
**Total Due Pay Estimate: 023**                $75,238.28

Thank you.

Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.

 

A Subsidiary of Kalen & Associates, Inc.
1041 Chena Ridge Road, Fairbanks, AK 99709-5702
(907) 479-2628, Fax (907) 479-8830

June 15, 2006

To:   Strand-Hunt Construction, Inc.
      Attn: Rollie Hunt

      FAX 372-1713

Ref:  Joint Security Forces Complex, Eielson AFB
      DACA85-03-R-0033
      Our Project No. 2004004
      **Pay Estimate No. 024**

                                                    Invoice 2004004-024

---

**Pay Estimate 024–May 15, 2006 through June 15, 2006**

| | |
|---|---|
| **Unpaid balance as of June 15, 2006** | **$74,749.94** |
| | |
| **Service charge for** | |
| **May 15, 2006 through June 15, 2006** | **$ 1,121.25** |
| **Unpaid balance of Legal fees:** | **$    488.34** |
| **Interest on Legal fees:** | **$6.37** |
| | |
| **Total Due Pay Estimate: 024** | **$76,365.90** |

Thank you.

Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.

 

A Subsidiary of Kalen & Associates, Inc.
1041 Chena Ridge Road, Fairbanks, AK 99709-5702
(907) 479-2628, Fax (907) 479-8830

July 15, 2006

To:    Strand-Hunt Construction, Inc.
       Attn: Rollie Hunt

       FAX 372-1713

Ref:   Joint Security Forces Complex, Eielson AFB
       DACA85-03-R-0033
       Our Project No. 2004004
       **Pay Estimate No. 025**

                                                    Invoice 2004004-025

---

**Pay Estimate 025–June 15, 2006 through July 15, 2006**

| | |
|---|---|
| **Unpaid balance as of July 15, 2006** | $75,871.19 |
| | |
| **Service charge for** | |
| **May 15, 2006 through June 15, 2006** | $ 1,138.07 |
| **Unpaid balance of Legal fees:** | $  494.71 |
| **Interest on Legal fees:** | $6.37 |
| | |
| **Total Due Pay Estimate: 024** | $77,510.34 |

Thank you.

Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.



**CSI** CHENA SURVEYS, INC.

A Subsidiary of Kalen & Associates, Inc.
1041 Chena Ridge Road, Fairbanks, AK 99709-5702
(907) 479-2628, Fax (907) 479-8830

August 15, 2006

To:    Strand-Hunt Construction, Inc.
       Attn:  Rollie Hunt

       FAX 372-1713

Ref:   Joint Security Forces Complex, Eielson AFB
       DACA85-03-R-0033
       Our Project No. 2004004
       **Pay Estimate No. 026**

                                           Invoice 2004004-026

---

**Pay Estimate 025–July 15, 2006 through August 15, 2006**

| | |
|---|---|
| **Unpaid balance as of August 15, 2006** | **$77,009.26** |
| **Service charge for** | |
| **July 15, 2006 through August 15, 2006** | **$ 1,155.14** |
| **Unpaid balance of Legal fees:** | **$   501.08** |
| **Interest on Legal fees:** | **$6.37** |
| **Total Due Pay Estimate: 026** | **$78,671.85** |

Thank you.

Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.

**CSI 5028**
**App. 2, p. 26 of 31**



**CSI** CHENA SURVEYS, INC.

A Subsidiary of Kalen & Associates, Inc.
1041 Chena Ridge Road, Fairbanks, AK 99709-5702
(907) 479-2628, Fax (907) 479-8830

September 15, 2006

To:    Strand-Hunt Construction, Inc.
       Attn: Rollie Hunt

       FAX 372-1713

Ref:   Joint Security Forces Complex, Eielson AFB
       DACA85-03-R-0033
       Our Project No. 2004004
       **Pay Estimate No. 027**

                                                    Invoice 2004004-027

---

**Pay Estimate 027–August 15, 2006 through September 15, 2006**

**Unpaid balance as of September 15, 2006**              $78,164.40

**Service charge for**
**August 15, 2006 through September 15, 2006**           $ 1,172.47
**Unpaid balance of Legal fees:**                        $    507.45
**Interest on Legal fees:**                              $6.37
                                                         _____
**Total Due Pay Estimate: 027**                          $79,850.69

Thank you.

Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.



**CSI** CHENA SURVEYS, INC.

A Subsidiary of Kalen & Associates, Inc.
1041 Chena Ridge Road, Fairbanks, AK 99709-5702
(907) 479-2628, Fax (907) 479-8830

October 16, 2006

To:  Strand-Hunt Construction, Inc.
     Attn:  Rollie Hunt

     FAX 372-1713

Ref:  Joint Security Forces Complex, Eielson AFB
      DACA85-03-R-0033
      Our Project No. 2004004
      **Pay Estimate No. 028**

                                         Invoice 2004004-028

---

**Pay Estimate 028  September 15,2006 through October 15, 2006**

**Unpaid balance as of October 15, 2006**          $79,336.87

**Service charge for**
**September 15, 2006 through October 15, 2006**     $ 1,190.06
**Unpaid balance of Legal fees:**                   $   513.82
**Interest on Legal fees:**                         $6.37
                                                   _____
**Total Due Pay Estimate: 028**                     $81,047.12

Thank you.

Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.

**CSI 5030**
**App. 2, p. 28 of 31**

 

A Subsidiary of Kalen & Associates, Inc.
1041 Chena Ridge Road, Fairbanks, AK 99709-5702
(907) 479-2628, Fax (907) 479-8830

November 15, 2006

To:    Strand-Hunt Construction, Inc.
       Attn: Rollie Hunt

       FAX 372-1713

Ref:   Joint Security Forces Complex, Eielson AFB
       DACA85-03-R-0033
       Our Project No. 2004004
       **Pay Estimate No. 029**

                                        Invoice 2004004-029

---

**Pay Estimate 029  October 15,2006 through November 15, 2006**

| | |
|---|---|
| **Unpaid balance as of November 15, 2006** | **$80,526.92** |
| | |
| **Service charge for** | |
| **October 15, 2006 through November 15, 2006** | **$ 1,207.91** |
| **Unpaid balance of Legal fees:** | **$   520.19** |
| **Interest on Legal fees:** | **$6.37** |
| | |
| **Total Due Pay Estimate: 029** | **$82,261.39** |

Thank you.

Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.



A Subsidiary of Kalen & Associates, Inc.
1041 Chena Ridge Road, Fairbanks, AK 99709-5702
(907) 479-2628, Fax (907) 479-8838

December 15, 2006

To:   Strand-Hunt Construction, Inc.
      Attn: Rollie Hunt

      FAX 372-1713

Ref:  Joint Security Forces Complex, Eielson AFB
      DACA85-03-R-0033
      Our Project No. 2004004
      **Pay Estimate No. 030**

                                        Invoice 2004004-030

---

**Pay Estimate 030  November 15, 2006 through December 15, 2006**

**Unpaid balance as of December 15, 2006**        **$81,734.82**

**Service charge for**
**November 15, 2006 through December 15, 2006**   **$ 1,226.03**
**Unpaid balance of Legal fees:**                 **$   526.56**
**Interest on Legal fees:**                        **$6.37**
                                                  _____
**Total Due Pay Estimate: 030**                   **$83,493.78**

Thank you.

Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.


# CSI CHENA SURVEYS, INC.

**A Subsidiary of Kalen & Associates, Inc.**
**1041 Chena Ridge Road, Fairbanks, AK 99709-5702**
**(907) 479-2628, Fax (907) 479-8830**

January 15, 2007

To:    Strand-Hunt Construction, Inc.
       Attn:  Rollie Hunt

       FAX 372-1713

Ref:   Joint Security Forces Complex, Eielson AFB
       DACA85-03-R-0033
       Our Project No. 2004004
       **Pay Estimate No. 031**

                                                    Invoice 2004004-031

---

**Pay Estimate 031  December 15,2006 through January 15, 2007**

**Unpaid balance as of January 15, 2007**          **$82,960.84**

**Service charge for**
**December 15, 2006 through January 15, 2007**     **$ 1,244.42**
**Unpaid balance of Legal fees:**                  **$    532.93**
**Interest on Legal fees:**                        **$6.37**
                                                   _____

**Total Due Pay Estimate: 031**                    **$84,744.56**

Thank you.

Past due invoices are subject to a service charge of 1.5% per month on the outstanding balance.