Frank A. Pfiffner
HUGHES PFIFFNER
GORSKI SEEDORF & ODSEN, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone:  (907) 274-7522
Facsimile:  (907) 263-8320
FAP@hpglaw.net
ABA No. 7505032

Attorneys for Defendants,
Strand Hunt Construction, Inc. and
St. Paul Fire and Marine Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of KALEN & ASSOCIATES, INC., d/b/a CHENA SURVEYS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>STRAND HUNT CONSTRUCTION, INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br><br>Defendants. | 4:06-cv-00021-JWS |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Unopposed Motion
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/266255)

COMES NOW, Defendants Strand Hunt Construction, Inc. ("Strand Hunt") and St. Paul Fire and Marine Insurance Company ("St. Paul") and Plaintiff Kalen & Associates, Inc. d/b/a Chena River Surveys, Inc. ("KAI"), hereby stipulate and agree that the deadline for filing the opposition to Plaintiff's Motion for Summary Judgment be extended from December 18, 2007 until January 2, 2008. The reason for this request is the intervening Christmas holiday.

DATED at Anchorage, Alaska, this 18th day of December, 2007.

HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
Attorneys for Defendants Strand Hunt
Construction, Inc. and St. Paul Fire and
Marine Insurance Company

By: s/Frank A. Pfiffner
Frank A. Pfiffner
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
FAP@hpglaw.net
ABA No. 7505032

Unopposed Motion
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/266255)

DATED at Fairbanks, Alaska, this 18th day of December, 2007.

        LAW OFFICES OF JOSEPH W. SHEEHAN
        Attorneys for Plaintiff, Kalen & Associates, Inc., d/b/a Chena River Surveys, Inc.

By:   s/Joseph W. Sheehan (consent)
       Joseph W. Sheehan
       PO Box 70906
       Fairbanks, Alaska 99707
       Telephone: (907) 456-6090
       Facsimile: (907) 451-6070
       sheehanlaw@mosquitonet.com
       ABA No. 7004024

DATED at Anchorage, Alaska, this 18th day of December, 2007.

        BURR, PEASE & KURTZ
        Attorneys for Plaintiff, Kalen & Associates, Inc., d/b/a Chena River Surveys, Inc.

By:   s/Nelson G. Page (consent)
       Nelson G. Page
       810 N Street, Suite 300
       Anchorage, Alaska 99501
       Telephone: (907) 276-6100
       Facsimile: (907) 258-2530
       ngp@bpk.com
       ABA No. 7911121

Unopposed Motion
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/266255)

Certificate of Service

I hereby certify that on December 18, 2007, a copy of the Unopposed Motion to Extend Deadline to File Opposition to Plaintiff's Motion for Summary Judgment was served electronically on:

Joseph W. Sheehan
P.O. Box 70906
Fairbanks, AK  99707

Nelson G. Page
Burr, Pease & Kurtz
810 N Street, Suite 300
Anchorage, AK  99501

s/Frank A. Pfiffner