Frank A. Pfiffner
HUGHES PFIFFNER
GORSKI SEEDORF & ODSEN, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone:  (907) 274-7522
Facsimile:  (907) 263-8320
FAP@hpglaw.net
ABA No. 7505032

Attorneys for Defendants,
Strand Hunt Construction, Inc. and
St. Paul Fire and Marine Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of KALEN & ASSOCIATES, INC., d/b/a CHENA SURVEYS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>STRAND HUNT CONSTRUCTION, INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br><br>Defendants. | 4:06-cv-00021-JWS |

**PROPOSED ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Proposed Order
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/266260)

Having reviewed the December 18, 2007 Unopposed Motion to Extend Deadline to File Opposition to Plaintiff's Motion for Summary Judgment, and being otherwise fully advised in the premises,

IT IS SO ORDERED, that the deadline to file the opposition has been extended from December 18, 2007 until January 2, 2008.

_____
John W. Sedwick
Judge of the U.S. District Court

Proposed Order
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/266260)

Certificate of Service

I hereby certify that on December 18, 2007, a copy of the Proposed Order Granting Unopposed Motion to Extend Deadline to File Opposition to Plaintiff's Motion for Summary Judgment was served electronically on:

Joseph W. Sheehan
P.O. Box 70906
Fairbanks, AK  99707

Nelson G. Page
Burr, Pease & Kurtz
810 N Street, Suite 300
Anchorage, AK  99501

s/Frank A. Pfiffner

Proposed Order
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/266260)