IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA for the
use and benefit of KALEN &
ASSOCIATES, INC., d/b/a CHENA
SURVEYS, INC.

       Plaintiff,

vs.

STRAND HUNT CONSTRUCTION, INC.
and ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

       Defendants.

4:06-cv-00021-JWS

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Having reviewed the December 18, 2007 Unopposed Motion to Extend Deadline to File Opposition to Plaintiff's Motion for Summary Judgment, and being otherwise fully advised in the premises,

IT IS SO ORDERED, that the deadline to file the opposition has been extended from December 18, 2007 until January 2, 2008.

/s/   John W. Sedwick
Judge of the U.S. District Court