Frank A. Pfiffner
HUGHES PFIFFNER
GORSKI SEEDORF & ODSEN, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone:  (907) 274-7522
Facsimile:  (907) 263-8320
FAP@hpglaw.net
ABA No. 7505032

Attorneys for Defendants,
Strand Hunt Construction, Inc. and
St. Paul Fire and Marine Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of KALEN & ASSOCIATES, INC., d/b/a CHENA SURVEYS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>STRAND HUNT CONSTRUCTION, INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br><br>Defendants. | 4:06-cv-00021-JWS |

**NOTICE OF SETTLEMENT**

COME NOW Defendants Strand Hunt Construction, Inc. ("Strand Hunt") and St. Paul Fire and Marine Insurance Company ("St. Paul") and Plaintiff Kalen &

Notice of Settlement
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/265962)

Associates, Inc. d/b/a Chena River Surveys, Inc. ("KAI"), and hereby give notice to the Court that, after a lengthy mediation process settlement of the above case has finally occurred although there may still be a dispute outside of this litigation between KAI and one of its insurers. The parties believe that the settlement will be completed within the next three weeks and that a stipulation for dismissal with prejudice can be submitted to the court at that time. The parties request that the court hold in abeyance all deadlines such as the opposition to the motion for summary judgment filed by KAI (Document 32) while the settlement is finalized.

DATED at Anchorage, Alaska, this 21st day of December, 2007.

HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
Attorneys for Defendants Strand Hunt
Construction, Inc. and St. Paul Fire and
Marine Insurance Company


By:   s/Frank A. Pfiffner
      Frank A. Pfiffner
      3900 C Street, Suite 1001
      Anchorage, Alaska  99503
      Telephone:  (907) 274-7522
      Facsimile:  (907) 263-8320
      FAP@hpglaw.net
      ABA No. 7505032

Notice of Settlement
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/265962)

DATED at Fairbanks, Alaska, this 21st day of December, 2007.

>LAW OFFICES OF JOSEPH W. SHEEHAN
>Attorneys for Plaintiff, Kalen & Associates, Inc., d/b/a Chena River Surveys, Inc.
>
>By:  s/Joseph W. Sheehan (consent)
>     Joseph W. Sheehan
>     PO Box 70906
>     Fairbanks, Alaska  99707
>     Telephone:  (907) 456-6090
>     Facsimile:  (907) 451-6070
>     sheehanlaw@mosquitonet.com
>     ABA No. 7004024

DATED at Anchorage, Alaska, this 21st day of December, 2007.

>BURR, PEASE & KURTZ
>Attorneys for Plaintiff, Kalen & Associates, Inc., d/b/a Chena River Surveys, Inc.
>
>By:  s/Nelson G. Page (consent)
>     Nelson G. Page
>     810 N Street, Suite 300
>     Anchorage, Alaska  99501
>     Telephone:  (907) 276-6100
>     Facsimile:  (907) 258-2530
>     ngp@bpk.com
>     ABA No. 7911121

Notice of Settlement
*Kalen & Associates v. Strand Hunt, et al.*
Case No.: 4:06-cv-00021-JWS
(1187-3023/265962)

Certificate of Service

I hereby certify that on December 21, 2007, a copy of the Notice of Settlement was served electronically on:

Joseph W. Sheehan
P.O. Box 70906
Fairbanks, AK  99707

Nelson G. Page
Burr, Pease & Kurtz
810 N Street, Suite 300
Anchorage, AK  99501

s/Frank A. Pfiffner