Nelson G. Page
Burr, Pease & Kurtz
810 N Street, Suite 300
Anchorage, Alaska 99501
Telephone:    (907) 276-6100
Facsimile:    (907) 258-2530
NGP@bpk.com
ABA No. 7911121

Attorneys for Kalen & Associates, Inc.
d/b/a Chena Surveys, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of KALEN & ASSOCIATES, INC., d/b/a CHENA SURVEYS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> STRAND HUNT CONSTRUCTION, INC., and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 4:06-cv-00021 JWS <br> ) |

**STIPULATION FOR
DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between all parties who have appeared in this action, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that this action may be dismissed with prejudice as to all parties with each party to bear its own costs and attorney's fees.

Dated at Anchorage, Alaska this 9th day of January 2008.

                BURR, PEASE & KURTZ
                Attorneys for Plaintiff
                Kalen & Associates, Inc. d/b/a
                Chena River Surveys, Inc.

By:   s/Nelson G. Page
       Nelson G. Page
       810 N Street, Suite 300
       Anchorage, Alaska 99501
       Telephone : (907) 276-6100
       Facsimile:  (907) 258-2530
       ngp@bpk.com
       Alaska Bar #7911121

Dated at Anchorage, Alaska this 9th day of January 2008.

                LAW OFFICES OF JOSEPH W. SHEEHAN
                Attorneys for Plaintiff
                Kalen & Associates, Inc.
                d/b/a Chena River Surveys, Inc.

By:   s/Joseph W. Sheehan
       Joseph W. Sheehan
       P.O. Box 70906
       Fairbanks, Alaska 99707
       Telephone : (907) 456-6090
       Facsimile:  (907) 451-6070
       Sheehan@mosquitonet.coom
       Alaska Bar #7004024

STIPULATION FOR DISMISSAL                         Page 2 of 3
*Kalen & Associates, et al. v. Strand Hunt, et al; Case No. 4:06-cv-00021 JWS*
*3358-21/ 93691*

Dated at Anchorage, Alaska this 9th day of January 2008.

                HUGHES PFIFFNER GORSKI
SHEEDORF & ODSEN LLC
Attorneys for Defendants Strand Hunt
Construction Inc. and St. Paul Fire and
Marine Insurance Company

By:   s/Frank A. Pfiffner
       Frank A. Pfiffner
       3900 C Street, Suite 1001
       Anchorage, Alaska 99503
       Telephone : (907) 274-7522
       Facsimile: (907) 263-8320
       FAP@hpglaw.net
       Alaska Bar #7505032

STIPULATION FOR DISMISSAL     Page 3 of 3
*Kalen & Associates, et al. v. Strand Hunt, et al; Case No. 4:06-cv-00021 JWS*
*3358-21/ 93691*