Nelson G. Page
Burr, Pease & Kurtz
810 N Street, Suite 300
Anchorage, Alaska 99501
Telephone:   (907) 276-6100
Facsimile:   (907) 258-2530
NGP@bpk.com
ABA No. 7911121

Attorneys for Kalen & Associates, Inc.
d/b/a Chena Surveys, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of KALEN & ASSOCIATES, INC., d/b/a CHENA SURVEYS, INC.,<br><br>    Plaintiffs,<br><br>vs.<br><br>STRAND HUNT CONSTRUCTION, INC., and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 4:06-cv-00021 JWS<br>) |

### ORDER OF DISMISSAL

IT IS ORDERED that all parties' claims are dismissed with prejudice, with each party to bear its own costs and attorney's fees.

DATED:   January ___ 2008.

_____
/s/ John W. Sedwick
Judge of the U.S. District Court